**FRANCIS ALEXANDER, LLC**
Francis Malofiy, Esquire
Attorney ID No.: 208494
1125 Walnut Street
Philadelphia, PA 19107
T: (215) 500-1000
F: (215) 500-1005
*Law Firm / Attorney for Plaintiff*

---

### IN THE UNITED STATES DISTRICT COURT FOR
### THE EASTERN DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| DANIEL V. MARINO<br>*Plaintiff*<br><br>**VS.**<br><br>USHER  (a/k/a Usher Terry Raymond IV); *ETAL*<br>*Defendants* | NO.: 11-cv-6811<br><br>***JURY TRIAL DEMANDED*** |

---

## PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT BY DEFENDANTS DANTE E. BARTON, and DESTRO MUSIC PRODUCTIONS, INC.

---

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff hereby request the Clerk enter Default by defendants Dante E. Barton ("Barton"), and Destro Music Productions, Inc. ("Destro Music") and in support thereof states the following:

On November 17, 2011, Plaintiff filed an Amended Complaint against Defendants.

The Summons and Amended Complaint was served upon defendant Barton on January 4th, 2012 via personal service on the individual at:  111 Bergan Road;  Oreland, PA 19075.  <u>See</u> attached Proof of Service for Barton marked as Exhibit "A".

The Summons and Amended Complaint was served upon defendant Destro Music on January 4th, 2012 via serving Barton, the Person in Charge, who is designated by law to accept service of process on behalf of Destro Music at:  111 Bergan Road;  Oreland, PA 19075.  <u>See</u> attached Proof of Service for Destro Music marked as Exhibit "B".

As the Docket clearly reflects, and as the Clerk and the Court can plainly see, a responsive pleading has not been filed or served by defendants Barton and Destro Music within (21) days of such service pursuant to Rule 12(a)(1)(A)(i).  Such responsive pleading was due on or before January 25, 2012.   Defendants Barton and Destro Music have failed to file a responsive pleading or otherwise defend the suit which is now seven (7) days past due.  <u>See</u> attached Docket as of February 1st, 2012 marked as Exhibit "C".

Entry of Default is appropriate and thus requested against defendants Dante E. Barton, and Destro Music Productions, Inc.

*****

*Respectfully submitted,*
**FRANCIS ALEXANDER, LLC**
*s/ Francis Malofiy*
Francis Malofiy, Esquire
Attorney ID No.:  208494
1125 Walnut Street
Philadelphia, PA 19107
T:  (215) 500-1000
F:  (215) 500-1005
*Law Firm / Attorney for Plaintiff*
*February 1st, 2012*
DATED

## CERTIFICATE OF SERVICE

I, Francis Malofiy, Esquire of the Law Firm Francis Alexander, LLC hereby certify that a true and correct copy of the foregoing Plaintiff's Request for Entry of Default was filed with the Court of record via the ECF System and served upon the parties to this lawsuit or their counsel as addressed below:

### DEFENDANTS

**Dante E. Barton**                                    **"Barton"**
111 Bergan Road
Oreland, PA 19075

**Destro Music Productions, Inc.**              **"Destro Music"**
111 Bergan Road
Oreland, PA 19075

**Tommy Van Dell**                                    **"Van Dell"**
2621 Mandeville Canyon Road
Los Angeles, CA 90049

**IN2N Entertainment Group, LLC**         **"IN2N Entertainment"**
2621 Mandeville Canyon Road
Los Angeles, CA 90049

**William C. Guice**                                   **"Guice"**
On information and belief, defendant William C. Guice ("Guice") is an individual who either resides in Camden County, New Jersey and is believed to be either a citizen of state of New Jersey;  address as follows:  1 Elena Court, Voorhees, NJ 08043; or resides in Ohio and is believed to be a citizen of the state of Ohio.

**FOX ROTHSCHILD LLP**
Matthew Olesh
2000 Market Street, 20th Floor
Philadelphia, PA 19103
(215) 299-2000
**REPRESENTING THE FOLLOWING DEFENDANTS:**
      *Bobby Ross Avila, Jr.*                             *"B. Avila"*
      *Issiah Avila, Jr.*                                      *"I. Avila"*
      *James Samuel "Jimmy Jam" Harris III*     *"Harris"*
      *Terry Steven Lewis*                                 *"Lewis"*
      *Defenders of Music*                                *"Defenders of Music"*
      *EMI Music Publishing, Inc.*                     *"EMI"*

| | |
|---|---|
| *EMI April Music, Inc. & EMI Blackwood Music, Inc.* | *"EMI Parties"* |
| *Flyte Tyme Tunes* | *"Flyte Tyme"* |
| *Sublime Basement Tunez* | *"Sublime Basement"* |
| *UR-IV Music, Inc.* | *"UR-IV"* |
| *Warner-Tamerlane Publishing Corp.* | *"Warner-Tamerlane"* |
| *Bystorm Entertainment* | *"Bystorm"* |
| *Mark Pitts* | *"Pitts"* |
| *Sony Music Holdings, Inc.* | *"Sony"* |

\*\*\*\*\*

**FRANCIS ALEXANDER, LLC**

*s/ Francis Malofiy*

Francis Malofiy, Esquire
Attorney ID No.: 208494
1125 Walnut Street
Philadelphia, PA 19107
T: (215) 500-1000
F: (215) 500-1005
*Law Firm / Attorney for Plaintiff*

*February 1st, 2012*

DATED

# EXHIBIT "A"

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | |
|---|---|
| DANIEL P. MARINO | |
| *Plaintiff* | |
| v. | Civil Action No.    11-6811 |
| USHER (A/K/A USHER TERRY RAYMOND IV) | |
| SONY MUSIC HOLDINGS, INC. | |
| EMI MUSIC PUBLISHING, INC. | |
| JAMES SAMUEL HARRIS, III | |
| TERRY STEVEN LEWIS | |
| BOBBY ROSS AVILA, JR | |
| ISSIAH AVILA, JR | |
| WILLIAM C GUICE | |
| DANTE E BARTON | |
| DESTRO MUSIC PRODUCTIONS, INC. | |
| DEFENDERS OF MUSIC | |
| FLYTE TYME TUNES | |
| SUBLIME BASEMENT TUNEZ | |
| UR-IV MUSIC, INC. | |
| WARNER-TAMERLINE PUBLISHING CORP. | |
| MARK PITTS | |
| BYSTROM ENTERTAINMENT | |
| TOMMY VAN DELL | |
| IN2N ENTERTAINMENT GROUP, LLC. | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

DANTE BARTON - 1111 BERGAN RD. ORELAND, PA 19075

835 PLEASANT RD. LANSDOWNE, PA 19050

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
FRANCIS MALOFIY
THE BEASLEY BUILDING
1125 WALNUT STREET
PHILADELPHIA, PA. 19107

53576        53383

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:    Nov 17, 2011

Robert D. Fehrle, Deputy Clerk

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.    11-6811

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Dante E. Barton

was received by me on *(date)*    1/4/12               .

☒ I personally served the summons on the individual at *(place)*    1111 Bergan Rd.,
Oreland, PA 19075               on *(date)*  1/4/12         ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

53576

Date: 1/4/12

*Server's signature*

Thomas Crean, Jr., Process Server

*Printed name and title*

Dennis Richman's Services
1500 JFK Blvd., ste. 1706, Phila. PA 19102

*Server's address*

Additional information regarding attempted service, etc:

# EXHIBIT "B"

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Eastern District of Pennsylvania

DANIEL P. MARINO

*Plaintiff*

v.

USHER (A/K/A USHER TERRY RAYMOND IV)
SONY MUSIC HOLDINGS, INC.
EMI MUSIC PUBLISHING, INC.
JAMES SAMUEL HARRIS, III
TERRY STEVEN LEWIS
BOBBY ROSS AVILA, JR
ISSIAH AVILA, JR
WILLIAM C GUICE
DANTE E BARTON
DESTRO MUSIC PRODUCTIONS, INC.
DEFENDERS OF MUSIC
FLYTE TYME TUNES
SUBLIME BASEMENT TUNEZ
UR-IV MUSIC, INC.
WARNER-TAMERLINE PUBLISHING CORP.
MARK PITTS
BYSTROM ENTERTAINMENT
TOMMY VAN DELL
IN2N ENTERTAINMENT GROUP, LLC.

*Defendant*

Civil Action No.    11-6811

)
)
)
)
)
)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Destro Music Productions, Inc. - 1111 Bergan Rd., Oreland, PA 19075

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
FRANCIS MALOFIY
THE BEASLEY BUILDING
1125 WALNUT STREET
PHILADELPHIA, PA. 19107

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:     Nov 17, 2011

*Robert D. Fehrle*, Deputy Clerk

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.     11-6811

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Destro Music Productions, Inc.
was received by me on *(date)*    01/03/12     .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*    Dante E. Barton, Person in Charge, who is
designated by law to accept service of process on behalf of *(name of organization)*    Destro Music Productions,
Inc. at 1111 Bergan Rd., Oreland, PA on *(date)*   01/04/12 @ 3:45 p.m.

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:   01/04/12

_Server's signature_

Thomas J. Crean, Jr., Process Server
*Printed name and title*

Dennis Richman's Services, Inc.
1500 JFK Blvd., Suite 1706
Philadelphia, PA 19102
*Server's address*

Additional information regarding attempted service, etc:

# EXHIBIT "C"

# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:11-cv-06811-PD

MARINO v. USHER
Assigned to: HONORABLE PAUL S. DIAMOND
Cause: 17:101 Copyright Infringement

Date Filed: 10/28/2011
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**DANIEL V. MARINO**

represented by **FRANCIS MALOFIY**
THE BEASLEY BLDG
1125 WALNUT ST
PHILADELPHIA, PA 19107
215-500-1000
Email:
FRANCIS.MALOFIY@BEASLEYFIRM.COM

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**USHER**
*ETAL*
*TERMINATED: 11/17/2011*

**Defendant**

**SONY MUSIC HOLDINGS, INC.**

**Defendant**

**EMI MUSIC PUBLISHING, INC.**

**Defendant**

**JAMES SAMUEL HARRIS, III**

**Defendant**

**TERRY STEVEN LEWIS**

**Defendant**

**BOBBY ROSS AVILA, JR**

**Defendant**

**ISSIAH AVILA, JR**

<u>Defendant</u>

**WILLIAM C GUICE**

<u>Defendant</u>

**DANTE E BARTON**

<u>Defendant</u>

**DESTRO MUSIC
PRODUCTIONS, INC.**

<u>Defendant</u>

**DEFENDERS OF MUSIC**

<u>Defendant</u>

**FLYTE TYME TUNES**

<u>Defendant</u>

**SUBLIME BASEMENT TUNEZ**

<u>Defendant</u>

**UR-IV MUSIC, INC.**

<u>Defendant</u>

**WARNER-TAMERLINE
PUBLISHING CORP.**

<u>Defendant</u>

**MARK PITTS**

<u>Defendant</u>

**BYSTROM ENTERTAINMENT**

<u>Defendant</u>

**TOMMY VAN DELL**

<u>Defendant</u>

**IN2N ENTERTAINMENT
GROUP, LLC.**

<u>Defendant</u>

**USHER**
*A/K/A USHER TERRY RAYMOND
IV*

| Date Filed | # | Docket Text |
|------------|---|-------------|
|            |   |             |

United States District Court Eastern District of Pennsylvania

Case 2:11-cv-06811-PD  Document 3  Filed 02/01/12  Page 16 of 16  Page 3 of 3

| 10/28/2011 | 1 | COMPLAINT against USHER ( Filing fee $ 350 receipt number 052355.), filed by DANIEL V. MARINO. (Attachments: # 1 Civil Cover Sheet)(mima, ) (Entered: 11/01/2011) |
|---|---|---|
| 10/28/2011 |  | Summons Issued as to USHER. One Forwarded To: Counsel on November 1, 2011 (mima, ) (Entered: 11/01/2011) |
| 10/28/2011 |  | DEMAND for Trial by Jury by DANIEL V. MARINO. (mima, ) (Entered: 11/01/2011) |
| 11/17/2011 | 2 | AMENDED COMPLAINT against USHER, SONY MUSIC HOLDINGS, INC., EMI MUSIC PUBLISHING, INC., JAMES SAMUEL HARRIS, III, TERRY STEVEN LEWIS, BOBBY ROSS AVILA, JR, ISSIAH AVILA, JR, WILLIAM C GUICE, DANTE E BARTON, DESTRO MUSIC PRODUCTIONS, INC., DEFENDERS OF MUSIC, FLYTE TYME TUNES, SUBLIME BASEMENT TUNEZ, UR-IV MUSIC, INC., WARNER-TAMERLINE PUBLISHING CORP., MARK PITTS, BYSTROM ENTERTAINMENT, TOMMY VAN DELL, IN2N ENTERTAINMENT GROUP, LLC. EXHIBITS, AUDIO EXHIBITS FILED IN HARD COPY, VERIFICATION, filed by DANIEL V. MARINO., (rf, ) (Additional attachment (s) added on 11/21/2011: # 1 EXHIBITS) (rf, ). (Entered: 11/18/2011) |
| 11/17/2011 |  | 19 Summons Issued as to BOBBY ROSS AVILA, JR, ISSIAH AVILA, JR, DANTE E BARTON, BYSTROM ENTERTAINMENT, DEFENDERS OF MUSIC, DESTRO MUSIC PRODUCTIONS, INC., EMI MUSIC PUBLISHING, INC., FLYTE TYME TUNES, WILLIAM C GUICE, JAMES SAMUEL HARRIS, III, IN2N ENTERTAINMENT GROUP, LLC., TERRY STEVEN LEWIS, MARK PITTS, SONY MUSIC HOLDINGS, INC., SUBLIME BASEMENT TUNEZ, UR-IV MUSIC, INC., USHER(A/K/A USHER TERRY RAYMOND IV), USHER(ETAL), TOMMY VAN DELL, WARNER-TAMERLINE PUBLISHING CORP.. forwarded to Plaintiffs Counsel on 11/18/11 (rf, ) (Entered: 11/18/2011) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 02/01/2012 16:42:24 | | |
| PACER Login: | fa1066 | Client Code: |
| Description: | Docket Report | Search Criteria: | 2:11-cv-06811-PD |
| Billable Pages: | 2 | Cost: | 0.16 |