# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DANIEL V. MARINO**<br>*Plaintiff*<br><br>VS.<br><br>**USHER, et al.**<br>*Defendants* | NO.: 11-cv-6811 |

### PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT BY
### DEFENDANT WILLIAM C. GUICE

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff hereby requests the Clerk enter Default by defendant William C. Guice ("Guice") and in support thereof states the following:

On November 17, 2011, Plaintiff filed an Amended Complaint against Defendants. The Summons and Amended Complaint was served upon defendant Guice on February 14, 2012. See attached Proof of Service marked as Exhibit "A".

As the Docket clearly reflects, and as the Clerk and the Court can plainly see, a responsive pleading has not been filed or served by defendant Guice within (21) days of such service pursuant to Rule 12(a)(1)(A)(i). Such responsive pleading was due on or before March 6, 2012. Defendant Guice has failed to file a responsive pleading or otherwise defend the suit which is now (121) days past due. See attached Docket as of June 14, 2012 marked as Exhibit "B".

Entry of Default is appropriate and thus requested against defendant Guice.

*****

*Respectfully submitted,*
**FRANCIS ALEXANDER, LLC**
*s/ Francis Malofiy*
Francis Malofiy, Esquire
Attorney ID No.: 208494

1125 Walnut Street
Philadelphia, PA 19107
T: (215) 500-1000
F: (215) 500-1005
*Law Firm / Attorney for Plaintiff*

*June 14, 2012*
DATED

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Request for Entry of Default by Defendant Guice* was filed electronically through this Court's ECF System and is available for viewing and downloading from this Court's ECF System. I further certify that an electronic copy of the foregoing was served upon the following parties through this Court's ECF System or mailed to the following individuals.

**JONATHAN D. DAVIS, P.C.**
Jonathan D. Davis
Derek A. Williams
99 Park Avenue
Suite 1600
New York, NY 10016

**FOX ROTHSCHILD, LLP**
Michael Eidel
Matthew Olesh
2000 Market Street, 20th Floor
Philadelphia, PA 19103

*Attorneys for Defendants*
*Usher Raymond IV a/k/a Usher ("Usher"), Sony Music Entertainment, EMI April Music, Inc., EMI Blackwood Music, Inc., Warner-Tamerlane Publishing Corp., UR-IV Music, Inc., Bystorm Entertainment, Mark Pitts, Issiah Avila, Jr., Bobby Ross Avila, Jr., Sublime Basement Tunez, Defenders of Music, Flyte Tyme Tunes, James Samuel Harris III, and Terry Steven Lewis*

**MANATT, PHELPS & PHILLIPS, LLP**
Mark S. Lee
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614

**ROGERS & ASSOCIATES, LLC**
Lance Rogers
Kent E. Conway
25 Elliot Avenue
*Attorneys for Defendant*
*IN2N Entertainment Group, LLC ("IN2N")*

**THOMAS VAN DELL**
10900 Wilshire Blvd., Suite 1400

Loas Angeles, CA 90024
*Defendant, Pro Se*

**DANTE E. BARTON**
1111 Bergan Road
Oreland, PA 19075
*Defendant, Pro Se*

**WILLIAM C. GUICE**
16794 E. Tufts Avenue
Aurora, CO 80015
*Defendant, Pro Se*

*Respectfully submitted,*
**FRANCIS ALEXANDER, LLC**
*s/ Francis Malofiy*
Francis Malofiy, Esquire
Attorney ID No.: 208494
1125 Walnut Street
Philadelphia, PA 19107
T: (215) 500-1000
F: (215) 500-1005
*Law Firm / Attorney for Plaintiff*

*June 14, 2012*
DATED



AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 11-6811

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* William C Guice
was received by me on *(date)* 2/2/12

☒ I personally served the summons on the individual at *(place)* 16794 E. Tufts Avenue Aurora, CO 80015 on *(date)* 2/14/12 @ 7:30PM ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ — for travel and $ — for services, for a total of $ —

I declare under penalty of perjury that this information is true.

Date: 2-15-12

*Server's signature*

DIRK Allen
*Printed name and title*

c/o Dennis Richman's Services
1500 JFK Blvd., Ste. 1706
Philadelphia, PA 19102
*Server's address*

Additional information regarding attempted service, etc:

53577

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Nov 17, 2011

_Robert D. Fehrle_, Deputy Clerk

---

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 11-6811

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* WILLIAM C. GUIDE
was received by me on *(date)* 2-5-12.

☒ I personally served the summons on the individual at *(place)* 16794 E. TUFTS AVE
AURORA, CO 80015 on *(date)* 2-14-12 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

53577

Date: 2-15-12

*Server's signature*

DYRIC ALLAN PROCESS SERVER
*Printed name and title*

Dennis Richman's Services
1500 J. F. K. Blvd., Ste. 1706
Philadelphia, PA 19102

Additional information regarding attempted service, etc:

53577

SPECIAL

EXHIBIT
B

**United States District Court**
**Eastern District of Pennsylvania (Philadelphia)**
**CIVIL DOCKET FOR CASE #: 2:11-cv-06811-PD**

MARINO v. USHER
Assigned to: HONORABLE PAUL S. DIAMOND
Cause: 17:101 Copyright Infringement

Date Filed: 10/28/2011
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**DANIEL V. MARINO**　　　　represented by　**FRANCIS MALOFIY**
THE BEASLEY BLDG
1125 WALNUT ST
PHILADELPHIA, PA 19107
215-500-1000
Email: FRANCIS.MALOFIY@BEASLEYFIRM.COM
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.
**Defendant**

**USHER**
*ETAL*
*TERMINATED: 11/17/2011*

**Defendant**

**SONY MUSIC HOLDINGS, INC.**　　　　represented by　**MICHAEL EIDEL**
*TERMINATED: 02/17/2012*
FOX ROTHSCHILD LLP
2700 KELLY RD STE 300
WARRINGTON, PA 18976-3624
215-345-7500
Email: meidel@foxrothschild.com
*TERMINATED: 02/17/2012*
*LEAD ATTORNEY*

**MATTHEW S. OLESH**
FOX ROTHSCHILD LLP
2000 MARKET STREET
20TH FLOOR
PHILADELPHIA, PA 19103
215-299-3836
Email: molesh@foxrothschild.com
*TERMINATED: 02/17/2012*

**Defendant**

**EMI MUSIC PUBLISHING, INC.**　　　　represented by　**MICHAEL EIDEL**
*TERMINATED: 02/17/2012*
(See above for address)
*TERMINATED: 02/17/2012*
*LEAD ATTORNEY*

**MATTHEW S. OLESH**
(See above for address)
*TERMINATED: 02/17/2012*

**Defendant**

**JAMES SAMUEL HARRIS, III**　　　　represented by　**DEREK A. WILLIAMS**
JONATHAN D. DAVIS, PC
99 PARK AVE STE 1600
NEW YORK, NY 10016
212-687-5464
Email: daw@jddavispc.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**JONATHAN D. DAVIS**
JONATHAN D. DAVIS, PC
99 PARK AVE STE 1600
NEW YORK, NY 10016

212-687-5464
Email: jdd@jddavispc.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**MICHAEL EIDEL**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MATTHEW S. OLESH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

TERRY STEVEN LEWIS represented by **DEREK A. WILLIAMS**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**JONATHAN D. DAVIS**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**MICHAEL EIDEL**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MATTHEW S. OLESH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

BOBBY ROSS AVILA, JR represented by **DEREK A. WILLIAMS**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**JONATHAN D. DAVIS**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**MICHAEL EIDEL**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MATTHEW S. OLESH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

ISSIAH AVILA, JR represented by **DEREK A. WILLIAMS**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**JONATHAN D. DAVIS**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**MICHAEL EIDEL**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MATTHEW S. OLESH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**WILLIAM C GUICE**

**Defendant**
**DANTE E BARTON**

**Defendant**
**DESTRO MUSIC PRODUCTIONS, INC.**

**Defendant**
**DEFENDERS OF MUSIC**                                represented by   **DEREK A. WILLIAMS**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *PRO HAC VICE*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **JONATHAN D. DAVIS**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *PRO HAC VICE*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **MICHAEL EIDEL**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **MATTHEW S. OLESH**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*

**Defendant**
**FLYTE TYME TUNES**                                  represented by   **DEREK A. WILLIAMS**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *PRO HAC VICE*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **JONATHAN D. DAVIS**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *PRO HAC VICE*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **MICHAEL EIDEL**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **MATTHEW S. OLESH**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*

**Defendant**
**SUBLIME BASEMENT TUNEZ**                            represented by   **DEREK A. WILLIAMS**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *PRO HAC VICE*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **JONATHAN D. DAVIS**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *PRO HAC VICE*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **MICHAEL EIDEL**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MATTHEW S. OLESH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**UR-IV MUSIC, INC.**                represented by   **DEREK A. WILLIAMS**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**JONATHAN D. DAVIS**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**MICHAEL EIDEL**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MATTHEW S. OLESH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**WARNER-TAMERLINE PUBLISHING CORP.**    represented by   **DEREK A. WILLIAMS**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**JONATHAN D. DAVIS**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**MICHAEL EIDEL**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MATTHEW S. OLESH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**MARK PITTS**                represented by   **DEREK A. WILLIAMS**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**JONATHAN D. DAVIS**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**MICHAEL EIDEL**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MATTHEW S. OLESH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**BYSTROM ENTERTAINMENT** represented by **DEREK A. WILLIAMS**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**JONATHAN D. DAVIS**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**MICHAEL EIDEL**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MATTHEW S. OLESH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**TOMMY VAN DELL** represented by **TOMMY VAN DELL**
41 FERRY STREET
SUITE A
NEW HOPE, PA 18938
*PRO SE*

**BRAD A. RUBENS**
LAW OFFICE OF BRAD A. RUBENS LLC
410 LANCASTER AVE SUITE 15
HAVERFORD, PA 19041
610-658-1996
Fax: 610-658-1997
Email: bradatloobar@earthlink.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**IN2N ENTERTAINMENT GROUP, LLC.** represented by **MARK S. LEE**
MANATT PHELPS & PHILLIPS
11355 W OLYMPIC BLVD
LOS ANGELES, CA 90064
310-312-4128
Email: mlee@manatt.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**LANCE ROGERS**
ROGERS & ASSOCIATES LLC
25 ELLIOTT AVE
BRYN MAWR, PA 19010
610-649-1880
Email: lance@rogerscounsel.com
*ATTORNEY TO BE NOTICED*

**Defendant**
**USHER**
*A/K/A USHER TERRY RAYMOND IV*
represented by **DEREK A. WILLIAMS**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**JONATHAN D. DAVIS**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**MICHAEL EIDEL**
(See above for address)
*LEAD ATTORNEY*

|  |  |
|---|---|
|  | *ATTORNEY TO BE NOTICED*<br><br>**MATTHEW S. OLESH**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**EMI BLACKWOOD MUSIC, INC.** | represented by **DEREK A. WILLIAMS**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**JONATHAN D. DAVIS**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**MICHAEL EIDEL**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**MATTHEW S. OLESH**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**SONY MUSIC ENTERTAINMENT** | represented by **DEREK A. WILLIAMS**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**JONATHAN D. DAVIS**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**MICHAEL EIDEL**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**MATTHEW S. OLESH**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**EMI APRIL MUSIC, INC.** | represented by **DEREK A. WILLIAMS**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**JONATHAN D. DAVIS**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**MICHAEL EIDEL**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**MATTHEW S. OLESH**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
|  |  |  |

| | | |
|---|---|---|
| 10/28/2011 | 1 | COMPLAINT against USHER ( Filing fee $ 350 receipt number 052355.), filed by DANIEL V. MARINO. (Attachments: # 1 Civil Cover Sheet)(mima, ) (Entered: 11/01/2011) |
| 10/28/2011 | | Summons Issued as to USHER. One Forwarded To: Counsel on November 1, 2011 (mima, ) (Entered: 11/01/2011) |
| 10/28/2011 | | DEMAND for Trial by Jury by DANIEL V. MARINO. (mima, ) (Entered: 11/01/2011) |
| 11/17/2011 | 2 | AMENDED COMPLAINT against USHER, SONY MUSIC HOLDINGS, INC., EMI MUSIC PUBLISHING, INC., JAMES SAMUEL HARRIS, III, TERRY STEVEN LEWIS, BOBBY ROSS AVILA, JR, ISSIAH AVILA, JR, WILLIAM C GUICE, DANTE E BARTON, DESTRO MUSIC PRODUCTIONS, INC., DEFENDERS OF MUSIC, FLYTE TYME TUNES, SUBLIME BASEMENT TUNEZ, UR-IV MUSIC, INC., WARNER-TAMERLINE PUBLISHING CORP., MARK PITTS, BYSTROM ENTERTAINMENT, TOMMY VAN DELL, IN2N ENTERTAINMENT GROUP, LLC. EXHIBITS, AUDIO EXHIBITS FILED IN HARD COPY, VERIFICATION, filed by DANIEL V. MARINO., (rf, ) (Additional attachment(s) added on 11/21/2011: # 1 EXHIBITS) (rf, ). (Entered: 11/18/2011) |
| 11/17/2011 | | 19 Summons Issued as to BOBBY ROSS AVILA, JR, ISSIAH AVILA, JR, DANTE E BARTON, BYSTROM ENTERTAINMENT, DEFENDERS OF MUSIC, DESTRO MUSIC PRODUCTIONS, INC., EMI MUSIC PUBLISHING, INC., FLYTE TYME TUNES, WILLIAM C GUICE, JAMES SAMUEL HARRIS, III, IN2N ENTERTAINMENT GROUP, LLC., TERRY STEVEN LEWIS, MARK PITTS, SONY MUSIC HOLDINGS, INC., SUBLIME BASEMENT TUNEZ, UR-IV MUSIC, INC., USHER(A/K/A USHER TERRY RAYMOND IV), USHER(ETAL), TOMMY VAN DELL, WARNER-TAMERLINE PUBLISHING CORP.. forwarded to Plaintiffs Counsel on 11/18/11 (rf, ) (Entered: 11/18/2011) |
| 02/01/2012 | 3 | First Request for Entry of Default *Against Dante E. Barton and Destro Music Productions, Inc.* filed by DANIEL V. MARINO.Proof of Service & Certificate of Service. (MALOFIY, FRANCIS) Modified on 2/2/2012 (nd). (Entered: 02/01/2012) |
| 02/01/2012 | | DEFAULT BY DANTE E BARTON, DESTRO MUSIC PRODUCTIONS, INC. FOR FAILURE TO APPEAR, PLEAD OR OTHERWISE DEFEND. (rf, ) (Entered: 02/02/2012) |
| 02/01/2012 | | Default Entered (rf, ) (Entered: 02/02/2012) |
| 02/16/2012 | 4 | NOTICE of Appearance by MICHAEL EIDEL on behalf of BOBBY ROSS AVILA, JR, ISSIAH AVILA, JR, BYSTROM ENTERTAINMENT, DEFENDERS OF MUSIC, EMI MUSIC PUBLISHING, INC., FLYTE TYME TUNES, JAMES SAMUEL HARRIS, III, TERRY STEVEN LEWIS, MARK PITTS, SONY MUSIC HOLDINGS, INC., SUBLIME BASEMENT TUNEZ, UR-IV MUSIC, INC., USHER(A/K/A USHER TERRY RAYMOND IV), WARNER-TAMERLINE PUBLISHING CORP. with Certificate of Service(EIDEL, MICHAEL) (Entered: 02/16/2012) |
| 02/16/2012 | 5 | NOTICE of Appearance by MATTHEW S. OLESH on behalf of BOBBY ROSS AVILA, JR, ISSIAH AVILA, JR, BYSTROM ENTERTAINMENT, DEFENDERS OF MUSIC, EMI MUSIC PUBLISHING, INC., FLYTE TYME TUNES, JAMES SAMUEL HARRIS, III, TERRY STEVEN LEWIS, MARK PITTS, SONY MUSIC HOLDINGS, INC., SUBLIME BASEMENT TUNEZ, UR-IV MUSIC, INC., USHER(A/K/A USHER TERRY RAYMOND IV), WARNER-TAMERLINE PUBLISHING CORP. with Certificate of Service(OLESH, MATTHEW) (Entered: 02/16/2012) |
| 02/17/2012 | 6 | MOTION for Pro Hac Vice *of Jonathan D. Davis, Esquire* filed by BOBBY ROSS AVILA, JR, ISSIAH AVILA, JR, BYSTROM ENTERTAINMENT, DEFENDERS OF MUSIC, EMI MUSIC PUBLISHING, INC., FLYTE TYME TUNES, JAMES SAMUEL HARRIS, III, TERRY STEVEN LEWIS, MARK PITTS, SONY MUSIC HOLDINGS, INC., SUBLIME BASEMENT TUNEZ, UR-IV MUSIC, INC., USHER(A/K/A USHER TERRY RAYMOND IV), WARNER-TAMERLINE PUBLISHING CORP..Certificate of Service.(OLESH, MATTHEW) (PPE058266-$40) (Entered: 02/17/2012) |
| 02/17/2012 | 7 | MOTION for Pro Hac Vice *of Derek A. Williams, Esquire* filed by BOBBY ROSS AVILA, JR, ISSIAH AVILA, JR, BYSTROM ENTERTAINMENT, DEFENDERS OF MUSIC, EMI MUSIC PUBLISHING, INC., FLYTE TYME TUNES, JAMES SAMUEL HARRIS, III, TERRY STEVEN LEWIS, MARK PITTS, SONY MUSIC HOLDINGS, INC., SUBLIME BASEMENT TUNEZ, UR-IV MUSIC, INC., USHER(A/K/A USHER TERRY RAYMOND IV), WARNER-TAMERLINE PUBLISHING CORP..Certificate of Service.(OLESH, MATTHEW) (PPE058266-$40) (Entered: 02/17/2012) |
| 02/17/2012 | 8 | STIPULATION AND ORDER THAT SONY MUSIC ENTERTAIMENT BE SUBSTITUTED AND REPLACE SONY MUSIC AS A DEFENDANT. THAT EMI PARTIES SHALL SUBSTITUE AND REPLACE EMI AS DEFENDNATS. DEFENDANTS USER, SME, THE EMI PARTIES, WARNER-TAMERLANE, UR-IV, BRYSTROM, PITTS, I. AVILA, B. AVILA, HARRIS, LEWIS, DEFENDERS OF MUSIC, FLYTE TYME AND SUBLIME BASEMENT HAVE UNTIL 3/26/12 TO ANSWER, MOVE OR OTHERWISE PLEAD TO PLAINTIFFS COMPLAINT, ETC.. SIGNED BY HONORABLE PAUL S. DIAMOND ON 2/17/12. 2/21/12 ENTERED AND COPIES MAILED TO UNREPS, E-MAILED.(rf, ) (Entered: 02/21/2012) |
| 02/21/2012 | 9 | ORDER THAT APPLICATION OF JONATHAN D. DAVIS TO PRACTICE PRO HACE VICE IS GRANTED.SIGNED BY HONORABLE PAUL S. DIAMOND ON 2/21/12. 2/22/12 ENTERED AND COPIES MAILED TO UNREPS AND COUNSEL, E-MAILED.(rf, ) (Entered: 02/22/2012) |
| 02/21/2012 | 10 | ORDER THAT THE APPLICATION FOR PRO HAC VICE ADMISSION OF DEREK A. WILLIAMS IS GRANTED. SIGNED BY HONORABLE PAUL S. DIAMOND ON 2/21/12. 2/22/12 ENTERED AND COPIES MAILED TO UNREPS AND COUNSEL, E-MAILED.(rf, ) (Entered: 02/22/2012) |
| 03/02/2012 | 11 | Disclosure Statement Form pursuant to FRCP 7.1 including Sony Corporation with Certificate of Service by SONY MUSIC ENTERTAINMENT.(OLESH, MATTHEW) (Entered: 03/02/2012) |
| 03/02/2012 | 12 | Disclosure Statement Form pursuant to FRCP 7.1 including CGI Private Equity LP LLC, Citigroup, Inc. with Certificate of Service by EMI BLACKWOOD MUSIC, INC..(OLESH, MATTHEW) (Entered: 03/02/2012) |
| 03/02/2012 | 13 | Disclosure Statement Form pursuant to FRCP 7.1 including CGI Private Equity LP LLC, Citigroup, Inc. with Certificate of Service by EMI APRIL MUSIC, INC..(OLESH, MATTHEW) (Entered: 03/02/2012) |

| | | |
|---|---|---|
| 03/02/2012 | 14 | Disclosure Statement Form pursuant to FRCP 7.1 with Certificate of Service by UR-IV MUSIC, INC..(OLESH, MATTHEW) (Entered: 03/02/2012) |
| 03/02/2012 | 15 | Disclosure Statement Form pursuant to FRCP 7.1 with Certificate of Service by SUBLIME BASEMENT TUNEZ.(OLESH, MATTHEW) (Entered: 03/02/2012) |
| 03/02/2012 | 16 | Disclosure Statement Form pursuant to FRCP 7.1 with Certificate of Service by FLYTE TYME TUNES.(OLESH, MATTHEW) (Entered: 03/02/2012) |
| 03/02/2012 | 17 | Disclosure Statement Form pursuant to FRCP 7.1 with Certificate of Service by DEFENDERS OF MUSIC.(OLESH, MATTHEW) (Entered: 03/02/2012) |
| 03/02/2012 | 18 | Disclosure Statement Form pursuant to FRCP 7.1 with Certificate of Service by BYSTROM ENTERTAINMENT.(OLESH, MATTHEW) (Entered: 03/02/2012) |
| 03/06/2012 | 19 | Disclosure Statement Form pursuant to FRCP 7.1 including WMG Acquisition Corp., WMG Holdings Corp., Warner Music Group Corp. with Certificate of Service by WARNER-TAMERLINE PUBLISHING CORP..(OLESH, MATTHEW) (Entered: 03/06/2012) |
| 03/15/2012 | 20 | NOTICE of Appearance by LANCE ROGERS on behalf of IN2N ENTERTAINMENT GROUP, LLC. (ROGERS, LANCE) (Entered: 03/15/2012) |
| 03/15/2012 | 21 | NOTICE by IN2N ENTERTAINMENT GROUP, LLC. *Disclosure Statement* (ROGERS, LANCE) (Entered: 03/15/2012) |
| 03/15/2012 | 22 | Application for Pro Hac Vice *Of Mark S. Lee* filed by IN2N ENTERTAINMENT GROUP, LLC. Sponsor's Statement and Certificate of Service.(ROGERS, LANCE) Modified on 3/16/2012 (ahf, ). (PPE059741-$40) (Entered: 03/15/2012) |
| 03/15/2012 | | Disclosure Statement Form pursuant to FRCP 7.1 by IN2N ENTERTAINMENT GROUP, LLC. (SEE PAPER NO. 21 FOR PDF; FILED INCORRECTLY BY ATTORNEY).(ahf, ) (Entered: 03/16/2012) |
| 03/26/2012 | 23 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by BOBBY ROSS AVILA, JR, ISSIAH AVILA, JR, BYSTROM ENTERTAINMENT, DEFENDERS OF MUSIC, EMI APRIL MUSIC, INC., EMI BLACKWOOD MUSIC, INC., FLYTE TYME TUNES, JAMES SAMUEL HARRIS, III, TERRY STEVEN LEWIS, MARK PITTS, SONY MUSIC ENTERTAINMENT, SUBLIME BASEMENT TUNEZ, UR-IV MUSIC, INC., USHER(A/K/A USHER TERRY RAYMOND IV), WARNER-TAMERLINE PUBLISHING CORP..Memorandum of Law, Declaration, Certificate of Service. (Attachments: # 1 Memorandum of Law, # 2 Text of Proposed Order, # 3 Declaration of Jonathan D. Davis, # 4 Exhibit A to Declaration of Jonathan D. Davis, # 5 Exhibit B to Declaration of Jonathan D. Davis, # 6 Exhibit C to Declaration of Jonathan D. Davis, # 7 Exhibit D to Declaration of Jonathan D. Davis, # 8 Exhibit E to Declaration of Jonathan D. Davis, # 9 Exhibit F to Declaration of Jonathan D. Davis, # 10 Exhibit G to Declaration of Jonathan D. Davis, # 11 Exhibit H to Declaration of Jonathan D. Davis, # 12 Exhibit I to Declaration of Jonathan D. Davis, # 13 Exhibit J to Declaration of Jonathan D. Davis, # 14 Exhibit K to Declaration of Jonathan D. Davis)(OLESH, MATTHEW) (Entered: 03/26/2012) |
| 03/26/2012 | 24 | NOTICE by IN2N ENTERTAINMENT GROUP, LLC. re 23 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Notice of Joinder in Motion to Dismiss Amended Complaint* (Attachments: # 1 Certificate of Service)(ROGERS, LANCE) (Entered: 03/26/2012) |
| 03/26/2012 | 25 | ANSWER to 2 Amended Complaint,, by TOMMY VAN DELL.(rf, ) Modified on 3/28/2012 (rf, )., AFFIRMATIVE DEFENSES (Entered: 03/27/2012) |
| 03/28/2012 | 26 | STIPULATION AND ORDER THAT VAN DELL EXTENDS PLAINTIFF TIME TO RESPOND TO VAN DELLS ANSWER, MOTION OR OTHER RESPONSE TO THE PLEADINGS 60 DAYS AFTER SERVICE OF SUCH ANSWER, MOTION OR OTHER RESPONSE., ETC.. SIGNED BY HONORABLE PAUL S. DIAMOND ON 3/28/12. 3/29/12 ENTERED AND COPIES MAILED TO UNREPS & COUNSEL, E-MAILED.(rf, ) (Entered: 03/29/2012) |
| 04/10/2012 | 27 | STIPULATION AND ORDER THAT IN2N HEREBY EXTENDS PLAINTIFF TIME TO RESPOND TO IN2N'S ANSWER, MOTION OR OTHERWISE RESPOND TO THE PLEADINGS BY 60 DAYS AFTER SERVICE OF SUCH ANSWER, MOTION OR OTHER RESPONSE. SIGNED BY HONORABLE PAUL S. DIAMOND ON 4/9/12. 4/11/12 ENTERED AND COPIES MAILED TO UNREPS, PRO SE, COUNSEL , E-MAILED AND FAXED BY CHAMBERS.(mbh, ) (Entered: 04/11/2012) |
| 04/12/2012 | 28 | ORDER THAT APPLICATION FOR PRO HAC VICE ADMISSION OF MARK S. LEE IS GRANTED.. SIGNED BY HONORABLE PAUL S. DIAMOND ON 4/11/12. 4/13/12 ENTERED AND COPIES MAILED TO UNREPS, EMAILED. (rf, ) 4/17/12 COPIES MAILED TO PRO SE AND ATTORNEYS. Modified on 4/17/2012 (td, ). (Entered: 04/13/2012) |
| 04/17/2012 | | Copy of Order dated 4/10/2012 and envelope returned from the U.S. Postal Service addressed to TOMMY VAN DELL for the following reason: Returned to Sender. Unable to Forward. (ems) (Entered: 04/17/2012) |
| 04/23/2012 | | Copy of Order dated 4/12/2012 and envelope returned from the U.S. Postal Service addressed to TOMMY VAN DELL for the following reason: Returned to Sender. Unable to Forward. (ems) (Entered: 04/23/2012) |
| 06/11/2012 | 29 | RESPONSE in Opposition re 23 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by DANIEL V. MARINO. (MALOFIY, FRANCIS) (Entered: 06/11/2012) |
| 06/11/2012 | 30 | RESPONSE in Opposition re 23 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *with Affidavits & Exhibits* filed by DANIEL V. MARINO. (Attachments: # 1 Affidavit, # 2 Exhibit, # 3 Exhibit)(MALOFIY, FRANCIS) (Entered: 06/11/2012) |

**PACER Service Center**
**Transaction Receipt**

| 06/14/2012 13:41:44 |||| 
|---|---|---|---|
| **PACER Login:** | fa1066 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:11-cv-06811-PD |
| **Billable Pages:** | 11 | **Cost:** | 1.10 |