# EXHIBIT K



$2.7 MILLION RECOVERY

*Lead Trial Counsel - Products Liability*
AED failed to function and deliver a life-saving shock to a patient in cardiac arrest. An FDA Class I Recall was initiated

*4th Largest Products Liability Verdict or Settlement in PA (2012)* * * *

$4.2 MILLION VERDICT

*Lead Trial Counsel - Breach of Contract*
Papadopoulos v. NTP Marble, Inc. dba Colonial Marble
After a two week trial and the sworn testimony of 24 witnesses, the jury returned a $4.2 million verdict and held that Plaintiff was a one-third owner of the company, and rejected the defendants' testimony as hogwash and claptrap

*1st Largest Breach of Contract Verdict in PA (2012)* *
*13th Largest Verdict in PA (2012)* *

$500,000 SETTLEMENT

*Lead Trial Counsel - Medical Malpractice*
Predator doctor hooked his patient on drugs, and then used this young man as his deviate sexual slave

IN 2012, AGAINST SOME OF THE BEST ATTORNEYS AND BIGGEST LAW FIRMS, FRANCIS ALEXANDER BROUGHT IN NEARLY $10 MILLION IN VERDICTS AND SETTLEMENTS FOR HIS CLIENTS

*Francis Alexander Malofiy, chosen to Rising Stars: 2013, 2012
** As reported in The Legal Intelligencer and Pa Law Annual Report 2012
*** Not reported but based upon the above

FRANCIS ALEXANDER LLC

1125 Walnut Street Philadelphia, PA 19107 • T: (215) 500-1000 • F: (215) 500-1005 • www.francisalexander.com