IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANIEL MARINO,** | : | |
|    **Plaintiff,** | : | |
|  v. | : | **Civ. No. 11-6811** |
| | : | |
| **USHER, et al.,** | : | |
|    **Defendants.** | : | |

# **O R D E R**

**AND NOW**, this 10th day of October, 2013, it is hereby **ORDERED** that Plaintiff's Counsel shall respond to Defendants' Motion for Sanctions (Doc. No. 105) no later than **October 31, 2013**.

                   **AND IT IS SO ORDERED.**

                   */s/ Paul S. Diamond*
                   _____
                   Paul S. Diamond, J.