# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL MARINO, :<br>    Plaintiff, : <br> : <br> v.   : Civ. No. 11-6811 <br> : <br> USHER, et al., : <br>    Defendants. : | |

## ORDER

AND NOW, this 10th day of December, 2013, it is hereby **ORDERED** that upon consideration of Defendants' Letter (Doc. No. 131) all deadlines in this case are stayed pending resolution of summary judgment.

**IT IS SO ORDERED.**

/s/ Legrome D. Davis

_____
**Paul S. Diamond, J.**

J Davy for
J. Dimond