IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DANIEL MARINO,**         :<br>    **Plaintiff,**                    :<br>                                           :<br>    **v.**                              :       **Civ. No. 11-6811**<br>                                           :<br>**USHER, et al.,**                 :<br>    **Defendants.**              : | |

## **ORDER**

**AND NOW**, this 30th day of December, 2013, it is hereby **ORDERED** that the hearing originally scheduled for 10:30 a.m. on January 3, 2014 shall be held at **9:15 a.m**. on **January 3, 2014.**

                              **IT IS SO ORDERED**

                              */s/ Paul S. Diamond*

                              _____
                              **Paul S. Diamond, J.**