**SAMUEL C. STRETTON**
ATTORNEY AT LAW
301 SOUTH HIGH STREET
P.O. BOX 3231
WEST CHESTER, PA 19381-3231

(610) 696-4243
FAX (610) 696-2919

December 30, 2013

                                                                  1325 Spruce Street
                                                           Philadelphia, PA  19107
                                                                   (215) 627-8653
                                                     Please reply to: **West Chester**

Honorable Paul S. Diamond
United States District Court for the
Eastern District of Pennsylvania
6613 U.S. Courthouse
601 Market Street
Philadelphia, PA  19106

      Re:  <u>Daniel Marino v. Usher, et al.</u>
           Civil No. 11-6811

Dear Judge Diamond:

    Please be advised I represent Francis Malofiy, Esquire, attorney for the Plaintiff if in the captioned matter. In reference to the hearing on January 3, 2014, I have a hearing before the Pennsylvania Board of Law Examiners at 1:30 p.m. in Center City, which will take about an hour to an hour and a quarter. It involves a law student who has a character hearing to make sure he can get admitted. I don't want to postpone that because I want this fellow to get admitted if it is possible.

    I am assuming our hearing will not go past 12:00 p.m. or 12:30 p.m., but if it does, may I have your permission to leave at approximately 1:10 p.m. so I can get to the 1:30 p.m. hearing?  Thank you.

                                      Respectfully yours,

                                      Samuel C. Stretton

SCS:jac
Enc.
Cc: Jonathan D. Davis, Esquire
    Michael Eidel, Esquire
    Mark S. Lee, Esquire
    Lance Rogers, Esquire

Honorable Paul S. Diamond
December 30, 2013
Page Two


Cc:  Thomas Van Dell
     Dante E. Barton
     William C. Guice
     Francis Malofiy, Esquire

VIA FACSIMILE

**SAMUEL C. STRETTON**
Attorney at Law
301 S. High St.
P.O. Box 3231
West Chester, PA 19381-3231
(610) 696-4243
(610) 696-2919 (fax)

1325 Spruce Street
Philadelphia, PA 19102
(215) 627-8653

Please reply to:
West Chester

## FACSIMILE TRANSMISSION

TO: Honorable Paul S. Diamond

FROM: SAMUEL C. STRETTON, ESQUIRE

DATE: 12-30-13

PAGES: 3 (INCLUDING COVER SHEET)

FAX #: (267) 299-5069

COMMENTS:

If any of the above numbered pages are not received, please call (610) 696-4243.

**\*\*CONFIDENTIALITY NOTE\*\***

The documents accompanying this facsimile transmission contain information from the law offices of Samuel C. Stretton, which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this facsimile information is strictly prohibited, and the documents should be returned to this firm immediately. In this regard, if you have received this facsimile in error, please notify us by telephone immediately so that we can arrange for the return of the original documents to us at no cost to you.