IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL MARINO,  :  | |
|    Plaintiff,  :  | |
|              v.  :  | Civ. No. 11-6811 |
| USHER, et al.,  :  | |
|    Defendants.  :  | |

## ORDER

**AND NOW**, this 7th day of January, 2014, it is hereby **ORDERED** that the Parties shall appear before me for a continuation of the hearing on Defendants' Motion for Sanctions on **Thursday, January 24, 2014** at 11:00 a.m. in Courtroom 6B.

It is **FURTHER ORDERED** that the Parties shall file any supplemental briefing no later than 3:00 p.m. on **Tuesday, January 21, 2014**.

                                                      **IT IS SO ORDERED**

                                                      */s/ Paul S. Diamond*

                                                      _____
                                                      **Paul S. Diamond, J.**