IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL MARINO, | : | CIV. NO. 11-6811 |
| PLAINTIFF | : | |
| | : | |
| V. | : | |
| | : | |
| USHER, ET AL., | : | |
| DEFENDANTS | : | |

### MOTION TO CONTINUE JANUARY 24, 2014 HEARING

Samuel C. Stretton, Esquire, counsel for Francis Malofiy, Esquire, in the captioned matter, respectfully requests this Honorable Court continue the hearing scheduled for January 24, 2014 for the following reasons:

1. A second hearing on the Defendants' Motion for Sanctions is scheduled for January 24, 2014 at 11:00 a.m.

2. Samuel C. Stretton, Esquire represents Francis Malofiy, Esquire, the attorney for the Plaintiff.

3. Samuel C. Stretton, Esquire has other trials the week of January 20, 2014.

4. Samuel C. Stretton, Esquire would be available on the afternoon of January 29, 2014. He would also be available January 30, 2014 and February 3, 2014.

WHEREFORE, Samuel C. Stretton, Esquire, counsel for Francis Malofiy, Esquire, respectfully requests this Honorable Court

continue the hearing scheduled for January 24, 2014 for the reasons above stated.

                                    Respectfully submitted,

                                    *s/Samuel C. Stretton*
                                    Samuel C. Stretton, Esquire
                                    Attorney for Francis Malofiy, Esq.
                                    301 S. High Street
                                    P.O. Box 3231
                                    West Chester, PA  19381
                                    (610) 696-4243
                                    Attorney I.D. No. 18491

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DANIEL MARINO,  :  CIV. NO. 11-6811
        PLAINTIFF  :
        :
    V.  :
        :
USHER, ET AL.,  :
        DEFENDANTS  :

**MEMORANDUM OF LAW IN SUPPORT OF MOTION TO CONTINUE JANUARY 24, 2014 HEARING ON DEFENDANTS' MOTION FOR SANCTIONS**

Samuel C. Stretton, Esquire, counsel for Francis Malofiy, Esquire, is respectfully requesting a continuance of the hearing scheduled for January 24, 2014 on Defendants' Motion for Sanctions because Mr. Stretton has other trials scheduled that week.

Present counsel would be available in the afternoon of January 29, 2014. He would also be available January 30, 2014 and February 3, 2014.

        Respectfully submitted,

        *s/Samuel C. Stretton*
        Samuel C. Stretton, Esquire
        Attorney for Francis Malofiy, Esq.
        301 S. High Street
        P.O. Box 3231
        West Chester, PA  19381
        (610) 696-4243
        Attorney I.D. No. 18491

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL MARINO, | : | CIV. NO. 11-6811 |
| PLAINTIFF | : | |
| | : | |
| V. | : | |
| | : | |
| USHER, ET AL., | : | |
| DEFENDANTS | : | |

### CERTIFICATE OF SERVICE

I hereby certify I am this date serving a copy of the Motion to Continue the January 24, 2014 Hearing in the captioned matter upon the following persons in the manner indicated below.

Service by First Class Mail addressed as follows:

1. Honorable Paul S. Diamond
   United States District Court for the
     Eastern District of Pennsylvania
   6613 U.S. Courthouse
   601 Market Street
   Philadelphia, PA  19106

2. Jonathan D. Davis, Esquire
   Jonathan D. Davis, P.C.
   99 Park Avenue, Suite 1600
   New York, NY  10016
   (212) 687-5464

3. Michael Eidel, Esquire
   Fox Rothschild, LLP
   2000 Market Street, 20th Floor
   Philadelphia, PA  19103
   (215) 299-2000

Attorneys for Defendants, Usher Raymond, IV a/k/a Usher ("Usher"), Sony Music Entertainment, EMI April Music, Inc., EMI Blackwood Music, Inc., Warner-Tamerlane Publishing Corp., UR-IV Music, Inc., Bystorm Entertainment, Mark Pitts, Issiah Avila, Jr., Bobby Ross Avila, Jr., Sublime

Basement Tunez, Defenders of Music, Flyte Tyme Tunes, James Samuel Harris, III, and Terry Steven Lewis.

4. Mark S. Lee, Esquire
   Manatt, Phelps & Phillips, LLP
   11355 W. Olympic Boulevard
   Los Angeles, CA  90064-1614
   (310) 312-2000
   (310) 312-4224 - Fax
   mlee@manatt.com

5. Lance Rogers, Esquire
   Rogers & Associates, LLC
   25 Elliot Avenue
   Bryn Mawr, PA  19010
   (610) 649-1880
   (877) 649-1800 - Fax
   lance@rogerscounsel.com
   Attorney for Defendant, IN2N Entertainment Group, LLC ("1N2N")

6. Thomas Van Dell
   10900 Wilshire Blvd., Suite 1400
   Los Angeles, CA  90024
   (310) 443-5332
   vandell@hudcan.com
   Defendant, Pro Se

7. Dante E. Barton
   1111 Bergan Road
   Oreland, PA  19075
   Defendant, Pro Se

8. William C. Guice
   16794 East Tufts Avenue
   Aurora, CO  80015
   Defendant, Pro Se

9. Francis Malofiy, Esquire
   The Beasley Building
   1125 Walnut Street
   Philadelphia, PA  19107
   (215) 500-1000
   (215) 500-1005 – Fax

                          Respectfully Submitted,


*January 13, 2014*                *s/Samuel C. Stretton*
          Date                    Samuel C. Stretton, Esquire
                                  Attorney for Francis Malofiy, Esq.
                                  301 S. High Street
                                  P.O. Box 3231
                                  West Chester, PA  19381-3231
                                  (610) 696-4243
                                  Attorney I.D. No. 18491