IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL MARINO,<br>    Plaintiff, | : | |
| v. | : | Civ. No. 11-6811 |
| USHER, et al.,<br>    Defendants. | : | |

FILED
JAN 1 5 2014
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

### ORDER

**AND NOW**, this 14th day of January, 2014, it is hereby **ORDERED** that the Clerk of Courts shall send ECF notices to Samuel C. Stretton, Esq., counsel of record for Mr. Malofiy.

IT IS SO ORDERED.

/s/ Paul S. Diamond
Paul S. Diamond, J.