# Rogers & Associates LLC
### Attorneys-at-Law

January 17, 2014

**VIA FACSIMILE 267-299-5069**
The Honorable Paul S. Diamond
3029 United States Courthouse
601 Market Street
Philadelphia, PA 19106

        **RE:**    **Marino v. IN2N Entertainment Group, LLC, et al.**
                     Civil Action No. 11-06811

Dear Judge Diamond:

      Mr. Malofiy's counsel, Samuel C. Stretton, Esq., has moved to continue the sanctions hearing in the above-referenced action, scheduled to resume on Friday, January 24, 2014, at 11AM.

      I write to inform the Court, on behalf of all Moving Defendants, that there is no opposition to Mr. Stretton's motion for a brief continuance. The Moving Defendants request only that the new date for the hearing be established as soon as it is convenient for the Court, and that the deadline by which the parties are to submit any supplemental briefing be continued to three days before the rescheduled hearing date.

      Thank you for considering our request.

                                            Very truly yours,

                                           Bruce L. Castor, Jr.

cc:  Samuel C. Stretton, Esq.
     Jonathan Davis, Esq.
     Michael Eidel, Esq.
     Mark S. Lee, Esq.
     Mr. Thomas van Dell
     (All Via PDF/Email)