

Rogers&AssociatesLLC
Attorneys-at-Law

January 23, 2014

**SENT VIA FAX – 267-299-5069**

The Honorable Paul S. Diamond
3029 United States Courthouse
601 Market Street
Philadelphia, PA 19106

### RE: Marino v. IN2N Entertainment Group, LLC, *et al.*
### Civil Action No. 11-06811

Dear Judge Diamond:

I respectfully seek clarification on the status of the sanctions hearing originally scheduled
for Friday, January 24 and the submission date for any supplemental papers in support of
Moving Defendants' Motion for Sanctions.

I understand your Honor's law clerk telephoned Jonathan Davis this morning regarding
tomorrow's hearing and Mr. Davis reiterated Moving Defendants' consent to adjourning
tomorrow's hearing and preference that the Court reschedule it, even if Mr. Stretton
could possibly appear tomorrow.

On January 13, Mr. Stretton filed a motion to postpone the sanctions hearing. Despite
Moving Defendants' consent to his request, and our letter to the Court requesting the
resetting of the submission date of any supplemental papers, Mr. Stretton filed proposed
findings of fact, conclusions of law and written argument on Monday.

It was our understanding from your Honor's post-hearing conference with us on January
6 that proposed findings of fact and conclusions of law would be due after the close of
testimony.

Whether Mr. Malofiy will testify remains unclear. If Mr. Malofiy intends to invoke his
Fifth Amendment right against self-incrimination or elects not to testify, Moving
Defendants would appreciate the opportunity to submit a supplemental legal

memorandum regarding those issues separate and apart from their submission of proposed findings of fact and conclusions of law.

We thank the Court for its consideration of this letter.

Respectfully submitted,

LANCE ROGERS

cc:    Samuel C. Stretton, Esq. *(transmitted via e-mail)*
       Jonathan Davis, Esq. *(transmitted via e-mail)*

## PLEASE NOTE OUR NEW ADDRESS

Tina Pino, Executive Assistant
Rogers & Associates, LLC
26 East Athens Avenue
Ardmore, Pennsylvania 19003
(610) 649-1880
(877) 649-1880 (fax)
Tina@RogersCounsel.com
http://rogerscounsel.com

The information sent from the law firm Rogers & Associates, LLC, in this e-mail message, and
any files transmitted with it, is confidential and may be legally privileged. If you are the
intended recipient, be aware that your use of any confidential or personal information may be
restricted by state and federal privacy laws. If you are not the intended recipient, you are hereby
notified that you should not further disseminate, distribute, or forward this e-mail message or any
of its contents. If you have received this e-mail in error, please notify the sender and
permanently delete the material from your computer(s).