IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DANIEL MARINO,** : | |
|    **Plaintiff,** : | |
| : | |
|    v. : | Civ. No. 11-6811 |
| : | |
| **USHER, et al.,** : | |
|    **Defendants.** : | |

## ORDER

**AND NOW**, this 28th day of January, 2014, as stated during today's hearing, it is hereby **ORDERED** that:

1. Respondent Francis Malofiy's Findings of Fact and Conclusions of Law (Doc. No. 141) are **STRICKEN** without prejudice as premature.

2. Respondent shall inform the Court no later than **Friday, January 31, 2014**, at 5:00 p.m. whether he intends to introduce into the record his phone logs.

3. Moving Defendants no later than **Friday, February 28, 2014** at 5:00 p.m., shall submit their findings of fact and conclusions of law, and may submit any supplemental argument.

4. Respondent shall respond no later than **Friday, March 21, 2014,** at 5:00 p.m.

                                    **IT IS SO ORDERED**

                                    */s/ Paul S. Diamond*
                                    _____
                                    **Paul S. Diamond, J.**