IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL MARINO, | : | CIV. NO. 11-6811 |
| PLAINTIFF | : | |
| | : | |
| V. | : | |
| | : | |
| USHER, ET AL., | : | |
| DEFENDANTS | : | |

### PRAECIPE TO SUPPLEMENT THE RECORD

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA:

Please supplement the record with the redacted telephone records of Mr. Malofiy, which show only two phone calls. The redacted telephone records are attached and marked as Exhibit "A".

Mr. Stretton would be glad to submit the unredacted telephone records to the Honorable Paul S. Diamond for his in camera review.

Respectfully submitted,

*s/Samuel C. Stretton*
Samuel C. Stretton, Esquire
Attorney for Francis Malofiy, Esq.
301 S. High Street
P.O. Box 3231
West Chester, PA  19381
(610) 696-4243
Attorney I.D. No. 18491

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DANIEL MARINO,            :    CIV. NO. 11-6811
        PLAINTIFF :
                           :
     V.                       :
                           :
USHER, ET AL.,            :
        DEFENDANTS :

## CERTIFICATE OF SERVICE

I hereby certify I am this date serving a copy of the Preacipe to Supplement the Record in the captioned matter upon the following persons in the manner indicated below.

Service by First Class Mail addressed as follows:

1. Honorable Paul S. Diamond
   United States District Court for the
     Eastern District of Pennsylvania
   6613 U.S. Courthouse
   601 Market Street
   Philadelphia, PA  19106

2. Jonathan D. Davis, Esquire
   Jonathan D. Davis, P.C.
   99 Park Avenue, Suite 1600
   New York, NY  10016
   (212) 687-5464

3. Michael Eidel, Esquire
   Fox Rothschild, LLP
   2000 Market Street, 20th Floor
   Philadelphia, PA  19103
   (215) 299-2000

Attorneys for Defendants, Usher Raymond, IV a/k/a Usher ("Usher"), Sony Music Entertainment, EMI April Music, Inc., EMI Blackwood Music, Inc., Warner-Tamerlane Publishing Corp., UR-IV Music, Inc., Bystorm Entertainment, Mark Pitts, Issiah Avila, Jr., Bobby Ross Avila, Jr., Sublime

Basement Tunez, Defenders of Music, Flyte Tyme Tunes, James Samuel Harris, III, and Terry Steven Lewis.

4. Mark S. Lee, Esquire
   Manatt, Phelps & Phillips, LLP
   11355 W. Olympic Boulevard
   Los Angeles, CA  90064-1614
   (310) 312-2000
   (310) 312-4224 - Fax
   mlee@manatt.com

5. Lance Rogers, Esquire
   Rogers & Associates, LLC
   25 Elliot Avenue
   Bryn Mawr, PA  19010
   (610) 649-1880
   (877) 649-1800 - Fax
   lance@rogerscounsel.com
   Attorney for Defendant, IN2N Entertainment Group, LLC ("1N2N")

6. Thomas Van Dell
   10900 Wilshire Blvd., Suite 1400
   Los Angeles, CA  90024
   (310) 443-5332
   vandell@hudcan.com
   Defendant, Pro Se

7. Dante E. Barton
   1111 Bergan Road
   Oreland, PA  19075
   Defendant, Pro Se

8. William C. Guice
   16794 East Tufts Avenue
   Aurora, CO  80015
   Defendant, Pro Se

9.  Francis Malofiy, Esquire
    The Beasley Building
    1125 Walnut Street
    Philadelphia, PA  19107
    (215) 500-1000
    (215) 500-1005 - Fax

                                      Respectfully Submitted,

_March 4, 2014_                  _s/Samuel C. Stretton_
      Date                    Samuel C. Stretton, Esquire
                              Attorney for Francis Malofiy, Esq.
                              301 S. High Street
                              P.O. Box 3231
                              West Chester, PA  19381-3231
                              (610) 696-4243
                              Attorney I.D. No. 18491