

Attn: Francis Malofiy
Francis Alexander LLC
1125 Walnut St.
Philadelphia, PA 19107-4918

Lafayette, LA 70507

Exhibit "A"

Billing Cycle Date: 02/02/12 - 03/01/12
Account Number: 287237566299
Foundation Account Number: 04082620
Invoice Number: 287237566299X03092012

This is a copy of your Detail Usage.
This is not a bill, do NOT pay.

*PO Box 1829*
*Alpharetta, GA 30023-1829*

#BWNJSZT
#032872375662995#

FRANCIS ALEXANDER LLC
1125 WALNUT ST
PHILADELPHIA, PA 19107-4918

Page 1 of 1
Billing Cycle Date: 02/02/12 – 03/01/12
Account Number: 287237566299
Foundation Account Number: 04082620

# Call Detail

215-500-1000

User Name: FRANCIS ALEXANDER

Rate Code: RM70=Rollover FM 700, M2AM=Unltd M2AM, UNW9=Unlimited N&W
Rate Period (PD): DT=Daytime, NW=Nwknd
Feature: M2AM=Mobile 2 Any Mobile, CW=Call Waiting

| Item | Day | Date | Time | Number Called | Call To | Min | Rate Code | Rate Pd | Feature | Airtime Charge | LD/Add'l Charge | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|---|



Page: 3 of 31
Billing Cycle Date: 02/02/12 - 03/01/12
Account Number: 287237566299
Foundation Account Number: 04082620

# Call Detail (Continued)    215-500-1000

User Name: FRANCIS ALEXANDER

Rate Code: RM70=Rollover FM 700, M2AM=Unltd M2AM, UNW9=Unlimited N&W
Rate Period (PD): DT=Daytime, NW=Nwknd
Feature: M2AM=Mobile 2 Any Mobile, CW=Call Waiting

| Item | Day | Date | Time | Number Called | Call To | Min | Rate Code | Rate Pd | Feature | Airtime Charge | LD/Add'l Charge | Total Charge |
|------|-----|------|------|---------------|---------|-----|-----------|---------|---------|----------------|-----------------|--------------|

Page 1 of 1
Billing Cycle Date: 02/02/12 - 03/01/12
Account Number: 287237566299
Foundation Account Number: 04082620

# Call Detail (Continued)     215-500-1000

User Name: FRANCIS ALEXANDER

Rate Code: RM70=Rollover FM 700, M2AM=Unltd M2AM, UNW9=Unlimited N&W
Rate Period (PD): DT=Daytime, NW=Nwknd
Feature: M2AM=Mobile 2 Any Mobile, CW=Call Waiting

| Item | Day | Date | Time | Number Called | Call To | Min | Rate Code | Rate Pd | Fea-ture | Airtime Charge | LD/Add'l Charge | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|---|



Page 5 of 11
Billing Cycle Date: 02/02/12 - 03/01/12
Account Number: 287237566299
Foundation Account Number: 04082620

## Call Detail (Continued) 215-500-1000

User Name: FRANCIS ALEXANDER

Rate Code: RM70=Rollover FM 700, M2AM=Unltd M2AM, UNW9=Unlimited N&W
Rate Period (PD): DT=Daytime, NW=Nwknd
Feature: M2AM=Mobile 2 Any Mobile, CW=Call Waiting

| Item | Day | Date | Time | Number Called | Call To | Min | Rate Code | Rate Pd | Feature | Airtime Charge | LD/Add'l Charge | Total Charge |
|------|-----|------|------|---------------|---------|-----|-----------|---------|---------|----------------|-----------------|--------------|

[Table body redacted/blacked out]

Page: 6 of 11
Billing Cycle Date: 02/02/12 - 03/01/12
Account Number: 287237566299
Foundation Account Number: 04082620

# Call Detail (Continued)  215-500-1000
User Name: FRANCIS ALEXANDER

Rate Code: RM70=Rollover FM 700, M2AM=Unltd M2AM, UNW9=Unlimited N&W
Rate Period (PD): DT=Daytime, NW=Nwknd
Feature: M2AM=Mobile 2 Any Mobile, CW=Call Waiting

| Item | Day | Date | Time | Number Called | Call To | Min | Rate Code | Rate Pd | Feature | Airtime Charge | LD/Add'l Charge | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|---|



Page 8 of 8
Billing Cycle Date: 02/02/12 - 03/01/12
Account Number: 287237566299
Foundation Account Number: 04082620

# Call Detail (Continued)    215-500-1000

User Name: FRANCIS ALEXANDER

Rate Code: RM70=Rollover FM 700, M2AM=Unltd M2AM, UNW9=Unlimited N&W
Rate Period (PD): DT=Daytime, NW=Nwknd
Feature: M2AM=Mobile 2 Any Mobile, CW=Call Waiting

| Item | Day | Date | Time | Number Called | Call To | Min | Rate Code | Rate Pd | Feature | Airtime Charge | LD/Add'l Charge | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|---|



## Call Detail (Continued)

User Name: FRANCIS ALEXANDER

215-500-1000

Rate Code: RM70=Rollover FM 700, M2AM=Unltd M2AM, UNW9=Unlimited N&W
Rate Period (PD): DT=Daytime, NW=Nwknd
Feature: M2AM=Mobile 2 Any Mobile, CW=Call Waiting

| Item | Day | Date | Time | Number Called | Call To | Min | Rate Code | Rate Pd | Feature | Airtime Charge | LD/Add'l Charge | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Page: 9 of 31
Billing Cycle Date: 02/02/12 - 03/01/12
Account Number: 287237566299
Foundation Account Number: 04082620

## Call Detail (Continued)          215-500-1000

User Name: FRANCIS ALEXANDER

Rate Code: RM70=Rollover FM 700, M2AM=Unltd M2AM, UNW9=Unlimited N&W
Rate Period (PD): DT=Daytime, NW=Nwknd
Feature: M2AM=Mobile 2 Any Mobile, CW=Call Waiting

| Item | Day | Date | Time | Number Called | Call To | Min | Rate Code | Rate Pd | Feature | Airtime Charge | LD/Add'l Charge | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 410 | | 02/23 | 11:14AM | 310-994-8155 | INCOMI CL | 19 | M2AM | DT | M2AM | | | 0.00 |
| 413 | | 02/23 | 3:30PM | 310-994-8155 | BEVERL CA | 13 | M2AM | DT | M2AM | | | 0.00 |

Billing Cycle Date: 02/02/12 – 03/01/12
Account Number: 287237566299
Foundation Account Number: 04082620

## Call Detail (Continued) — 215-500-1000

User Name: FRANCIS ALEXANDER

Rate Code: RM70=Rollover FM 700, M2AM=Unltd M2AM, UNW9=Unlimited N&W
Rate Period (PD): DT=Daytime, NW=Nwknd
Feature: M2AM=Mobile 2 Any Mobile, CW=Call Waiting

| Item | Day | Date | Time | Number Called | Call To | Min | Rate Code | Rate Pd | Feature | Airtime Charge | LD/Add'l Charge | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

