Page: [illegible]
Billing Cycle Date: 02/02/12 - 03/01/12
Account Number: 287237566299
Foundation Account Number : 04082620

## Call Detail (Continued) 215-500-1000

**User Name: FRANCIS ALEXANDER**

Rate Code: RM70=Rollover FM 700, M2AM=Unltd M2AM, UNW9=Unlimited N&W
Rate Period (PD): DT=Daytime, NW=Nwknd
Feature: M2AM=Mobile 2 Any Mobile, CW=Call Waiting

| Item | Day | Date | Time | Number Called | Call To | Min | Rate Code | Rate Pd | Feature | Airtime Charge | LD/Add'l Charge | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Page: [illegible]
Billing Cycle Date: 02/02/12 - 03/01/12
Account Number: 287237566299
Foundation Account Number : 04082620

## Call Detail (Continued) 215-500-1000

**User Name: FRANCIS ALEXANDER**

Rate Code: RM70=Rollover FM 700, M2AM=Unltd M2AM, UNW9=Unlimited N&W
Rate Period (PD): DT=Daytime, NW=Nwknd
Feature: M2AM=Mobile 2 Any Mobile, CW=Call Waiting

| Item | Day | Date | Time | Number Called | Call To | Min | Rate Code | Rate Pd | Fea-ture | Airtime Charge | LD/Add'l Charge | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|---|



## Call Detail (Continued) 215-500-1000

**User Name: FRANCIS ALEXANDER**

Rate Code: RM70=Rollover FM 700, M2AM=Unltd M2AM, UNW9=Unlimited N&W
Rate Period (PD): DT=Daytime, NW=Nwknd
Feature: M2AM=Mobile 2 Any Mobile, CW=Call Waiting

| Item | Day | Date | Time | Number Called | Call To | Min | Rate Code | Rate Pd | Feature | Airtime Charge | LD/Add'l Charge | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Page: 11 of 31
Billing Cycle Date: 02/02/12 - 03/01/12
Account Number: 287237566299
Foundation Account Number : 04082620

# Data Detail (Continued) 215-500-1000

**User Name: FRANCIS ALEXANDER**

Rate Code: MSGF=Messaging Unlimited, CMB3=2GB DATA
Rate Period (PD): AT=Anytime
Feature: SMH=IMB SMS $0.00, MMH=IMB MMS $0.00, MBRA=GPRS MB Dom $10.00/1GB APN002/APN003/APN004

| Item | Day | Date | Time | To/From | Type | Msg/KB/Min | Rate Code | Rate Pd | Fea-ture | In/Out | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|



Page: 15 of 31
Billing Cycle Date: 02/02/12 - 03/01/12
Account Number: 287237566299
Foundation Account Number: 04082620

## Data Detail (Continued) 215-500-1000

**User Name: FRANCIS ALEXANDER**

Rate Code: MSGF=Messaging Unlimited, CMB3=2GB DATA
Rate Period (PD): AT=Anytime
Feature: SMH=IMB SMS $0.00, MMH=IMB MMS $0.00, MBRA=GPRS MB Dom $10.00/1GB APN002/APN003/APN004

| Item | Day | Date | Time | To/From | Type | Msg/KB/Min | Rate Code | Rate Pd | Fea- ture | In/ Out | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|

## Data Detail (Continued) 215-500-1000

**User Name: FRANCIS ALEXANDER**

Rate Code: MSGF=Messaging Unlimited, CMB3=2GB DATA
Rate Period (PD): AT=Anytime
Feature: SMH=IMB SMS $0.00, MMH=IMB MMS $0.00, MBRA=GPRS MB Dom $10.00/1GB APN002/APN003/APN004

| Item | Day | Date | Time | To/From | Type | Msg/KB/Min | Rate Code | Rate Pd | Fea-ture | In/ Out | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|

Billing Cycle Date: 02/02/12 - 03/01/12
Account Number: 287237566299
Foundation Account Number : 04082620

## Data Detail (Continued) 215-500-1000

**User Name: FRANCIS ALEXANDER**

Rate Code: MSGF=Messaging Unlimited, CMB3=2GB DATA
Rate Period (PD): AT=Anytime
Feature: SMH=IMB SMS $0.00, MMH=IMB MMS $0.00, MBRA=GPRS MB Dom $10.00/1GB APN002/APN003/APN004

| Item | Day | Date | Time | To/From | Type | Msg/KB/Min | Rate Code | Rate Pd | Fea-ture | In/Out | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|

## Data Detail (Continued) 215-500-1000

**User Name: FRANCIS ALEXANDER**

Rate Code: MSGF=Messaging Unlimited, CMB3=2GB DATA
Rate Period (PD): AT=Anytime
Feature: SMH=IMB SMS $0.00, MMH=IMB MMS $0.00, MBRA=GPRS MB Dom $10.00/1GB APN002/APN003/APN004

| Item | Day | Date | Time | To/From | Type | Msg/KB/Min | Rate Code | Rate Pd | Fea-ture | In/Out | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|



## Data Detail (Continued) 215-500-1000

**User Name: FRANCIS ALEXANDER**

Rate Code: MSGF=Messaging Unlimited, CMB3=2GB DATA
Rate Period (PD): AT=Anytime
Feature: SMH=IMB SMS $0.00, MMH=IMB MMS $0.00, MBRA=GPRS MB Dom $10.00/1GB APN002/APN003/APN004

| Item | Day | Date | Time | To/From | Type | Msg/KB/Min | Rate Code | Rate Pd | Fea-ture | In/Out | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|

[redacted]

Page: 10 of 31
Billing Cycle Date: 02/02/12 - 03/01/12
Account Number: 287237566299
Foundation Account Number: 04082620

# Data Detail (Continued) 215-500-1000

**User Name: FRANCIS ALEXANDER**

Rate Code: MSGF=Messaging Unlimited, CMB3=2GB DATA
Rate Period (PD): AT=Anytime
Feature: SMH=IMB SMS $0.00, MMH=IMB MMS $0.00, MBRA=GPRS MB Dom $10.00/1GB APN002/APN003/APN004

| Item | Day | Date | Time | To/From | Type | Msg/KB/Min | Rate Code | Rate Pd | Feature | In/ Out | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|



Page: 21 of 31
Billing Cycle Date: 02/02/12 - 03/01/12
Account Number: 287237566299
Foundation Account Number : 04082620

## Data Detail (Continued) 215-500-1000

**User Name: FRANCIS ALEXANDER**

Rate Code: MSGF=Messaging Unlimited, CMB3=2GB DATA
Rate Period (PD): AT=Anytime
Feature: SMH=IMB SMS $0.00, MMH=IMB MMS $0.00, MBRA=GPRS MB Dom $10.00/1GB APN002/APN003/APN004

| Item | Day | Date | Time | To/From | Type | Msg/KB/Min | Rate Code | Rate Pd | Fea-ture | In/Out | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|

[redacted]