

**FRANCIS ALEXANDER LLC**

JUNE 10, 2014

THE HONORABLE PAUL S. DIAMOND
United States District Judge
United States District Courthouse
601 Market Street
Philadelphia, PA 19106
T: (~~215~~) 299-7730
F: (~~215~~) 299-5069
~~205~~

*docket*

Re:   MARINO V. USHER ET AL. | 11-CV-6811
      Plaintiff's Letter of Clarification Regarding Docket Entry

Dear Judge Diamond, Counsel, and Parties:

    Plaintiff filed its brief opposing summary judgment for defendant William Guice on June 6, 2014, and wanted to note a clerical error for the Court.

    When filing, Plaintiff selected the drop down menu for response brief, and then selected plaintiff Daniel Marino as the filing party. After uploading the brief and numerous exhibits to the docket, the system automatically changed the document title to "Defendant's Response to Request for Review of Plaintiff." In addition, at the step where the system asks what previous filing the brief is responsive to, the system limited the choice of previous documents to only Defendant's filings, such as the Motion for Summary Judgment (*Doc. No. 102*), not any of the Court's orders.

    Plaintiff stepped through the process again to make sure there had not been a human mistake that caused the error, and the same errors appeared. Plaintiff simply wants to note this incorrect titling for the Court and for the parties.

Respectfully, I am,

Francis Malofiy, Esquire

cc:  *To all Counsel and Parties*

280 N. PROVIDENCE ROAD · SUITE 105 · MEDIA, PA 19063 · T: 215.500.1000 · F: 215.500.1005
LAW@FRANCISALEXANDER.COM · WWW.FRANCISALEXANDER.COM