IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL MARINO, | : | CIV. NO. 11-CV-6811 |
| PLAINTIFF | : | |
| | : | |
| V. | : | |
| | : | |
| USHER, ET AL., | : | |
| DEFENDANTS | : | |

### ANSWER OF FRANCIS MALOFIY TO THE PETITION FOR ATTORNEYS' FEES AND COSTS OF JONATHAN DAVIS ON BEHALF OF THE REMAINING DEFENDANTS

Francis Malofiy respectfully objects and excepts to the Request for Fees and Costs presented by Attorney Jonathan Davis on behalf of the Defendants against Francis Malofiy.

Mr. Stretton has the highest regard for Attorney Davis. He believes Attorney Davis is an honorable man. But, Mr. Stretton contends the fees are excessive under the circumstances. He is not disputing the hours, but disputes the need for the hours billed.

Mr. Davis' request is for $25,853.38. His time appears to be only for the two depositions and not for the sanction hearing. That is interesting because Mr. Davis was the one who actually argued the sanction hearings.

The charge of Mr. Davis of $25,853.38 for what was in essence a follow up deposition, seems awfully excessive. That deposition was no longer than 3 ½ hours.

1

Looking at the charges, there is a charge of $11,470.00 for letter writing and phone calls in May of 2013. These fees seem very excessive and certainly can't be attributable to Mr. Malofiy. There was 7 hours spent regarding the over-all case, but that should not be included. The sanctions fees should be for the time of the deposition, not for preparing the over-all case.

The fee bills Mr. Davis are almost unreadable because they are heavily redacted.

Further, there is a charge of approximately 19.9 hours of travel for a total of $9,950.00. This seems excessive. It would appear that Mr. Guice's deposition could have been taken in Pennsylvania. When Mr. Guice was brought in the first time, Mr. Malofiy spent $1,594.94 for a hotel and flight cost, plus $165.00 witness fee for Mr. Guice. That should be the benchmark. If counsel wanted to take a deposition in Denver, then Mr. Malofiy should not be charged for all these additional expenses.

Further, the preparation should have been minimal at best. This was a follow up deposition. The issues were not that complicated. The case essentially came down to what allegedly Mr. Malofiy supposedly told Mr. Guice that was the subject matter of the deposition.

The hourly rates of Mr. Davis of $500.00 an hour and Mr. Williams of $425.00 an hour seem very excessive under the circumstances. Clearly, Mr. Stretton is not in any way suggesting that these are not very able and talented lawyers who are entitled to fees. But in a sanctions hearing, there should not be top fees of $500.00 and $425.00 an hour. There is no basis or claim to justify these somewhat excessive rates and the matter of sanctions was not complex litigation.

In evaluating the sanctions, this Honorable Court should keep in mind Mr. Malofiy is a relatively young lawyer and is a sole practitioner. Awarding fees of this nature would be extremely punitive and burdensome to Mr. Malofiy and could affect his ability to continue to practice law as a sole practitioner. It is one thing to sanction someone, but it is another thing to have an extremely harsh and punitive remedy with massive monetary assessments that could have negative effects and prevent Mr. Malofiy from continuing to practice law, at least as a sole practitioner.

In conclusion, Mr. Malofiy respectfully argues that Mr. Davis' fees and costs are extremely excessive under the circumstances. This is particularly so since Judge Diamond's Order referenced only the fees for the second deposition.

In the context of the second deposition and the fact that it was only 3.5 hours in duration, it would appear that reasonable fees and expenses would be in the range of $5,000.00.

Respectfully submitted,

*s/Samuel C. Stretton*
Samuel C. Stretton, Esquire
Attorney for Francis Malofiy, Esq.
301 S. High Street
P.O. Box 3231
West Chester, PA  19381
(610) 696-4243
Attorney I.D. No. 18491

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL MARINO, | : | CIV. NO. 11-6811 |
| PLAINTIFF | : | |
| | : | |
| V. | : | |
| | : | |
| USHER, ET AL., | : | |
| DEFENDANTS | : | |

### CERTIFICATE OF SERVICE

I hereby certify I am this date serving a copy of the Response of Francis Malofiy, Esquire to the Petition for Reasonable Attorneys' Fees, Costs and Expenses of Jonathan Davis in the captioned matter upon the following persons in the manner indicated below.

Service by First Class Mail addressed as follows:

1. Honorable Paul S. Diamond
   United States District Court for the
     Eastern District of Pennsylvania
   6613 U.S. Courthouse
   601 Market Street
   Philadelphia, PA  19106

2. Jonathan D. Davis, Esquire
   Jonathan D. Davis, P.C.
   99 Park Avenue, Suite 1600
   New York, NY  10016
   (212) 687-5464

3. Michael Eidel, Esquire
   Fox Rothschild, LLP
   2000 Market Street, 20th Floor
   Philadelphia, PA  19103
   (215) 299-2000

Attorneys for Defendants, Usher Raymond, IV a/k/a Usher ("Usher"), Sony Music Entertainment, EMI April Music, Inc., EMI Blackwood Music, Inc., Warner-Tamerlane Publishing Corp., UR-IV Music, Inc., Bystorm Entertainment, Mark Pitts, Issiah Avila, Jr., Bobby Ross Avila, Jr., Sublime Basement Tunez, Defenders of Music, Flyte Tyme Tunes, James Samuel Harris, III, and Terry Steven Lewis.

4. Mark S. Lee, Esquire
   Manatt, Phelps & Phillips, LLP
   11355 W. Olympic Boulevard
   Los Angeles, CA  90064-1614
   (310) 312-2000
   (310) 312-4224 - Fax
   mlee@manatt.com

5. Lance Rogers, Esquire
   Bruce L. Castor, Jr., Esquire
   Rogers & Associates, LLC
   26 East Athens Avenue
   Ardmore, PA  19003
   (610) 649-1880
   (877) 649-1880 - Fax
   lance@rogerscounsel.com
   Attorney for Defendant, IN2N Entertainment Group, LLC ("1N2N")

6. Thomas Van Dell
   10900 Wilshire Blvd., Suite 1400
   Los Angeles, CA  90024
   (310) 443-5332
   vandell@hudcan.com
   Defendant, Pro Se

7. Dante E. Barton
   1111 Bergan Road
   Oreland, PA   19075
   Defendant, Pro Se

8. William C. Guice
   16794 East Tufts Avenue
   Aurora, CO   80015
   Defendant, Pro Se

9. Francis Malofiy, Esquire
   Francis Alexander, LLC
   280 N. Providence Road
   Suite 105
   Media, PA   19063
   (215) 500-1000
   (215) 500-1005 - Fax

         Respectfully Submitted,

*June 18, 2014*      *s/Samuel C. Stretton*
  Date        Samuel C. Stretton, Esquire
          Attorney for Francis Malofiy, Esq.
          301 S. High Street
          P.O. Box 3231
          West Chester, PA   19381-3231
          (610) 696-4243
          Attorney I.D. No. 18491