# EXHIBIT B

```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

                           - - -

DANIEL V. MARINO,            :  CIVIL ACTION NO. 11-6811
          Plaintiff          :
                             :
          v.                 :  Philadelphia, Pennsylvania
                             :  January 6, 2014
USHER,                       :  9:35 o'clock a.m.
          Defendant          :
. . . . . . . . . . . . . . .:

                    SANCTIONS HEARING
          BEFORE THE HONORABLE PAUL S. DIAMOND
          UNITED STATES DISTRICT COURT JUDGE

                           - - -

APPEARANCES:

For the Plaintiff:        SAMUEL C. STRETTON, ESQUIRE
                          301 South High Street
                          P.O. Box 3231
                          West Chester, PA  19381

For the Defendants:       JONATHAN D. DAVIS, ESQUIRE
                          Jonathan D. Davis, PC
                          99 Park Avenue
                          Suite 1600
                          New York, NY  10016

                          LANCE ROGERS, ESQUIRE
                          BRUCE L. CASTOR, JR., ESQUIRE
                          Rogers & Associates, LLC
                          26 East Athens Avenue
                          Ardmore, PA  19003

                           - - -

Audio Operator/ESR:       Katie Furphy

Transcribed by:           Paula L. Curran, CET

        (Proceeding recorded by The Record Player digital
sound recording; transcript produced by AAERT-certified
transcriber.)

                 Laws Transcription Service
                   48 W. LaCrosse Avenue
                    Lansdowne, PA 19050
                      (610)623-4178
```

Guice - Cross                                             70

1          MR. STRETTON:  Your Honor, let me move on.  The only

2    purpose is --

3          THE COURT:  I don't, I really --

4          MR. STRETTON:  -- is just to --

5          THE COURT:  -- I understand what --

6          MR. STRETTON:  -- show this defendant --

7          THE COURT:  -- you want to show the defendant is --

8    the witness, I apologize, the witness -- well, he is a

9    defendant in this case.

10          MR. STRETTON:  This defendant.

11          THE COURT:  But the witness, he's a witness for

12    purposes of this proceeding.  That the witness is more

13    sophisticated about legal matters than he's suggesting.  I

14    understand this goes to credibility, but it appears to me

15    that you have pulled documents having nothing to do with this

16    man.  And if you want to question him about them, you can,

17    but this isn't like you, Mr. Stretton.  It's more like the

18    person sitting next to you.

19          MR. STRETTON:  Well, your Honor, let me move

20    forward.  Let me just ask it this way.

21    BY MR. STRETTON:

22    Q    Mr. Guice, you'd agree that you were a criminal -- forget

23    that document, put it aside.  You agree that you were --

24    A    This is interesting.

25    Q    -- that you went to jail as a criminal defendant, at one