# EXHIBIT A

**Jonathan D. Davis**

| | |
|---|---|
| **From:** | GUICELAND <guicemanmusic@gmail.com> |
| **Sent:** | Tuesday, May 14, 2013 4:09 PM |
| **To:** | Jonathan D. Davis |
| **Subject:** | Re: Marino v. Raymond, et al. |

Still trying very hard to seek counsel. My apologize for the delay. I do understand the deadline that is in place.

Sent from my gPhone

On May 14, 2013, at 7:50 AM, "Jonathan D. Davis" <jdd@jddavispc.com> wrote:

> Mr. Guice, please respond to my email today.  We have until May 31, 2013 to complete your deposition.  We intend to hold the deposition in Denver, unless you obtain counsel in Philadelphia and agree to appear in Philadelphia.  Regards, JDD
>
> **Jonathan D. Davis, Esq.**
> **JONATHAN D. DAVIS, P.C.**
> Attorneys at Law
> 99 Park Avenue
> Suite 1600
> New York, New York 10016
> Tel. (212) 687-5464
> Fax (212) 557-0565
> jdd@jddavispc.com
> www.jddavispc.com
>
> CONFIDENTIALITY NOTICE:
> This electronic mail message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this information may be subject to legal restriction or sanction. Please notify the sender, by electronic mail or telephone, of any unintended recipients and delete the original message without making any copies.
>
> **From:** Jonathan D. Davis [mailto:jdd@jddavispc.com]
> **Sent:** Friday, May 10, 2013 2:30 PM
> **To:** 'Guicemanmusic@gmail.com'
> **Cc:** Malofiy, Francis (Francis.Malofiy@beasleyfirm.com); lance@rogerscounsel.com; Lee, Mark (mlee@manatt.com); vandell@hudcan.com; Michael Eidel (michaeleidel2@gmail.com); molesh@foxrothschild.com; Derek A. Williams, Esq. (DAW@jddavispc.com); jlg@jddavispc.com
> **Subject:** Marino v. Raymond, et al.
> **Importance:** High
>
> Dear Mr. Guice:
>
> I am writing to you to follow up on rescheduling your deposition.  The deposition was suspended last Thursday, May 2, 2013, because you informed me and the other lawyers present at the deposition that you wanted to confer with counsel or engage one before continuing.  On the record, you confirmed that you understood that you remained subject to the subpoena even though the deposition was

1

suspended. The Court has issued an order giving the parties until May 31 to complete your deposition. See attached. Please advise me of your availability to finish your deposition between May 15 and May 22, 2013. I would appreciate your prompt response to this email, or a response from your counsel, if you have engaged one, so we can make all necessary arrangements to conclude your deposition. Thank you.

Regards,

Jonathan D. Davis

**Jonathan D. Davis, Esq.**
**JONATHAN D. DAVIS, P.C.**
Attorneys at Law
99 Park Avenue
Suite 1600
New York, New York 10016
Tel. (212) 687-5464
Fax (212) 557-0565
jdd@jddavispc.com
www.jddavispc.com
====================================================================================

=======

CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this information may be subject to legal restriction or sanction. Please notify the sender, by electronic mail or telephone, of any unintended recipients and delete the original message without making any copies.
====================================================================================

=======

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2012.0.2241 / Virus Database: 3162/5823 - Release Date: 05/14/13