# EXHIBIT B

# Jonathan D. Davis

**From:** GUICELAND <guicemanmusic@gmail.com>
**Sent:** Friday, May 31, 2013 11:54 AM
**To:** Jonathan D. Davis
**Subject:** Re: Marino v. Raymond, et al.

June 5th, in Denver, is good for me.

Sent from my gPhone

On May 31, 2013, at 7:50 AM, "Jonathan D. Davis" <jdd@jddavispc.com> wrote:

> Dear Mr. Guice:
>
> It has been a couple of day since we exchanged emails. The deadline to complete your deposition is a week away. We need to know what day next week you are free to be deposed. It would be no trouble to take your deposition in Los Angeles if you prefer it over Denver. I estimate my questions will take 3-4 hours. Mr. Rogers will have questions as well. Mr. Malofiy may have follow-up questions too. Please email me today so all of us can plan our week. Thank you.
>
> Regards,
> Jonathan D. Davis
>
> **Jonathan D. Davis, Esq.**
> **JONATHAN D. DAVIS, P.C.**
> Attorneys at Law
> 99 Park Avenue
> Suite 1600
> New York, New York 10016
> Tel. (212) 687-5464
> Fax (212) 557-0565
> jdd@jddavispc.com
> www.jddavispc.com
>
> CONFIDENTIALITY NOTICE:
> This electronic mail message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this information may be subject to legal restriction or sanction. Please notify the sender, by electronic mail or telephone, of any unintended recipients and delete the original message without making any copies.
>
> **From:** Jonathan D. Davis [mailto:jdd@jddavispc.com]
> **Sent:** Wednesday, May 29, 2013 5:37 PM
> **To:** 'GUICELAND'
> **Cc:** 'Eidel, Michael L.'; 'Olesh, Matthew'; 'Malofiy, Francis'; 'mlee@manatt.com'; "Lance Rogers' (lance@rogerscounsel.com)'; 'vandell@hudcan.com'; Derek A. Williams, Esq. (DAW@jddavispc.com)
> **Subject:** RE: Marino v. Raymond, et al.

1

Mr. Guice, someone has suggested completing the deposition in Los Angeles since you will be there for other purposes. Is that preferable to you? Regards, JDD

**Jonathan D. Davis, Esq.**
**JONATHAN D. DAVIS, P.C.**
Attorneys at Law
99 Park Avenue
Suite 1600
New York, New York 10016
Tel. (212) 687-5464
Fax (212) 557-0565
jdd@jddavispc.com
www.jddavispc.com

CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this information may be subject to legal restriction or sanction. Please notify the sender, by electronic mail or telephone, of any unintended recipients and delete the original message without making any copies.

**From:** Jonathan D. Davis [mailto:jdd@jddavispc.com]
**Sent:** Wednesday, May 29, 2013 2:22 PM
**To:** 'GUICELAND'
**Cc:** 'Eidel, Michael L.'; 'Olesh, Matthew'; 'Malofiy, Francis'; 'mlee@manatt.com'; "Lance Rogers' (lance@rogerscounsel.com)'; 'vandell@hudcan.com'; Derek A. Williams, Esq. (DAW@jddavispc.com)
**Subject:** RE: Marino v. Raymond, et al.

Mr. Guice, thank you for the clarification. If Friday this week is still a possibility, we would need to know by this evening to make travel arrangements. Would you please copy everyone on any future emails. Regards, Jonathan D. Davis

**Jonathan D. Davis, Esq.**
**JONATHAN D. DAVIS, P.C.**
Attorneys at Law
99 Park Avenue
Suite 1600
New York, New York 10016
Tel. (212) 687-5464
Fax (212) 557-0565
jdd@jddavispc.com
www.jddavispc.com

CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this information may be subject to legal restriction or sanction. Please notify the sender, by electronic mail or telephone, of any unintended recipients and delete the original message without making any copies.

**From:** GUICELAND [mailto:guicemanmusic@gmail.com]
**Sent:** Wednesday, May 29, 2013 1:58 PM
**To:** Jonathan D. Davis
**Subject:** Re: Marino v. Raymond, et al.

What I mean is, I agreed to do some writing work in LA. The deposition was scheduled for today and was postponed for whatever reason.
I rescheduled my work once already in order to finished the deposition today (May 29th/ 9:30am). Now I must figure something out in order to reschedule it once again. I am not sure if the 31st of May or the 4th of June will be free for me.


Sent from my gPhone

On May 29, 2013, at 11:37 AM, "Jonathan D. Davis" <jdd@jddavispc.com> wrote:

> Dear Mr. Guice:
>
> Thank you for your response. Would you please clarify what you mean by: "I will know definitely in the next few days." Are you saying that this Friday is unavailable, but Tuesday is a possibility? The Order provides that the deposition needs to be completed by Friday, June 7, 2013. If June 4 is also unavailable, please let us know what day you are available from June 5 to June 7. We need some advance notice in order to arrange our schedules and book travel arrangements. Thank you.
>
> Regards,
> JDD
>
>
> **Jonathan D. Davis, Esq.**
> **JONATHAN D. DAVIS, P.C.**
> Attorneys at Law
> 99 Park Avenue
> Suite 1600
> New York, New York 10016
> Tel. (212) 687-5464
> Fax (212) 557-0565
> jdd@jddavispc.com
> www.jddavispc.com
>
> CONFIDENTIALITY NOTICE:
> This electronic mail message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this information may be subject to legal restriction or sanction. Please notify the sender, by electronic mail or telephone, of any unintended recipients and delete the original message without making any copies.
>
>
> **From:** GUICELAND [mailto:guicemanmusic@gmail.com]
> **Sent:** Wednesday, May 29, 2013 12:58 PM

3

**To:** Jonathan D. Davis
**Subject:** Re: Marino v. Raymond, et al.

I will be in LA at those times. I will know definitely in the next few days. I've scheduled my work in LA around the fact that we were finishing the deposition on today. So plans have been made already.

Sent from my gPhone

On May 29, 2013, at 9:25 AM, "Jonathan D. Davis" <jdd@jddavispc.com> wrote:

> Dear Mr. Guice:
>
> In furtherance of my email to you yesterday evening, are you available for your deposition on Friday, May 31, 2013 at 9:30 a.m. or Tuesday, June 4, 2013, at 9:30 a.m.? Your deposition will be held at **Fox Rothschild**, located at Tabor Center, 1200 17th Street, Suite 975, Denver, CO 80202; Tel: 303.446.3840.
>
> I would appreciate your responding to this email today so that travel arrangements can be made by counsel.  Thank you.
>
> Regards,
> Jonathan D. Davis
>
> **Jonathan D. Davis, Esq.**
> **JONATHAN D. DAVIS, P.C.**
> Attorneys at Law
> 99 Park Avenue
> Suite 1600
> New York, New York 10016
> Tel. (212) 687-5464
> Fax (212) 557-0565
> jdd@jddavispc.com
> www.jddavispc.com
>
> CONFIDENTIALITY NOTICE:
> This electronic mail message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this information may be subject to legal restriction or sanction. Please notify the sender, by electronic mail or telephone, of any unintended recipients and delete the original message without making any copies.
>
> **From:** Jonathan D. Davis [mailto:jdd@jddavispc.com]
> **Sent:** Tuesday, May 28, 2013 7:14 PM
> **To:** 'Guicemanmusic@gmail.com'
> **Cc:** "Derek A. Williams, Esq.' (DAW@jddavispc.com)'; 'Eidel, Michael L.'; 'Olesh, Matthew'; 'Malofiy, Francis'; 'mlee@manatt.com'; "Lance Rogers'

4

(lance@rogerscounsel.com)'; 'vandell@hudcan.com'
**Subject:** Marino v. Raymond, et al.

Dear Mr. Guice:

Attached is the Order from the Court concerning your continued deposition. Please read the Order. Your deposition will not go forward tomorrow. We will circulate an email to you and counsel tomorrow regarding rescheduling the deposition. Thank you.

Regards,
Jonathan D. Davis


**Jonathan D. Davis, Esq.**
**JONATHAN D. DAVIS, P.C.**
Attorneys at Law
99 Park Avenue
Suite 1600
New York, New York 10016
Tel. (212) 687-5464
Fax (212) 557-0565
jdd@jddavispc.com
www.jddavispc.com

CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this information may be subject to legal restriction or sanction. Please notify the sender, by electronic mail or telephone, of any unintended recipients and delete the original message without making any copies.

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2012.0.2242 / Virus Database: 3184/5866 - Release Date: 05/29/13

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2012.0.2242 / Virus Database: 3184/5866 - Release Date: 05/29/13

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2012.0.2242 / Virus Database: 3184/5871 - Release Date: 05/31/13

5