**SAMUEL C. STRETTON**
**ATTORNEY AT LAW**
**301 SOUTH HIGH STREET**
**P.O. BOX 3231**
**WEST CHESTER, PA 19381-3231**

**(610) 696-4243**
**FAX (610) 696-2919**

September 4, 2014

1325 Spruce Street
Philadelphia, PA 19107
(215) 627-8653
Please reply to: **West Chester**

Honorable Paul S. Diamond
United States District Court for the
Eastern District of Pennsylvania
6613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re: <u>Marino v. Usher, et al</u>.
No. 11-6811

Dear Judge Diamond:

Please be advised I represent Francis Malofiy, Esquire on
the sanction and fee issues. As to your Order dated August 29,
2014 concerning the discovery time to determine Mr. Malofiy's
ability to pay, I am advising the Court that Mr. Malofiy has the
ability to pay. Therefore, there will be no need for any
depositions or Interrogatories.

Mr. Malofiy is going to file an appeal and have the matters
handled on appeal. Therefore, I am requesting the Court enter a
final Order so I can file an appeal on his behalf.

I will await Your Honor's advice.

Respectfully yours,

Samuel C. Stretton

SCS:jac
Enc.
Cc: Jonathan D. Davis, Esquire
Michael Eidel, Esquire
Mark S. Lee, Esquire

Honorable Paul S. Diamond
September 4, 2014
Page Two


Cc:   Lance Rogers, Esquire
      Bruce L. Castor, Jr., Esquire
      Thomas Van Dell
      Dante E. Barton
      William C. Guice
      Francis Malofiy, Esquire