```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DANIEL MARINO,                    :    CIV. NO. 11-CV-6811
                PLAINTIFF         :
                                  :
          V.                      :
                                  :
USHER, ET AL.,                    :
                DEFENDANTS        :
```

## MOTION OF FRANCIS MALOFIY TO STAY THE PAYMENT FOR SANCTIONS UNTIL HIS APPEALS ARE COMPLETED

The Petitioner, Francis Malofiy, by and through his counsel, Samuel C. Stretton, Esquire, hereby requests this Honorable Court stay the payment of sanctions for the following reasons:

1. This Honorable Court ordered sanctions against Mr. Malofiy in the captioned matter for attorney's fees and costs.

2. Mr. Malofiy notified this Honorable Court he has the ability to pay and asked the Court to lift its Order with a discovery schedule.

3. This Honorable Court issued an Order on September 9, 2014 lifting the stay. A copy of the said Order is attached and marked as Exhibit "A". Mr. Malofiy wanted to take an appeal.

4. Mr. Malofiy intends to appeal the sanctions. Unfortunately, he can't do so because the underlying case has not concluded.

5. Mr. Malofiy is requesting that all sanction payments be stayed pending his appeal since it his position he has good

1

and just issues on appeal and the sanctions may well be reversed.

6. It would be unfair for Mr. Malofiy to have to pay substantial amounts of money if the sanctions are reversed.

WHEREFORE, the Petitioner, Francis Malofiy, respectfully requests this Honorable Court stay the payment of the sanctions pending the resolution of his appeals on this issue.

Respectfully submitted,

*s/Samuel C. Stretton*
Samuel C. Stretton, Esquire
Attorney for Francis Malofiy, Esq.
301 S. High Street
P.O. Box 3231
West Chester, PA  19381
(610) 696-4243
Attorney I.D. No. 18491

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DANIEL MARINO,                        :     CIV. NO. 11-6811
            PLAINTIFF     :
                                       :
      V.                              :
                                       :
USHER, ET AL.,                        :
            DEFENDANTS    :

## MEMORANDUM OF LAW IN SUPPORT OF MOTION TO STAY THE PAYMENT FOR SANCTIONS UNTIL HIS APPEALS ARE COMPLETED

The Petitioner, Francis Malofiy, was sanctioned by this Honorable Court after a hearing. Mr. Malofiy intends to appeal the sanctions as soon as there is a final Order.

This Honorable Court issued an Order on September 9, 2014, which is attached and marked as Exhibit "A". This Order indicated, at the request of Mr. Malofiy, that the discovery be stopped and the Court accepted Mr. Malofiy's assertion that he had the ability to pay the sanctions.

Mr. Malofiy is asking that the sanctions be stayed since it is his intention to appeal these sanctions and he contends he has good and just issues. Unfortunately, he cannot take the appeal until there is a final Order in the underlying case. Since there is no final Order, Mr. Malofiy is still waiting to file an appeal to the United States Court of Appeals for the Third Circuit.

Mr. Malofiy is asking that the payment of the sanctions be stayed pending the resolution of his appeals in this matter. It

1

would only be fair to Mr. Malofiy to allow him to complete all appeals on this matter before he has to make these substantial payments.  For instance, if Mr. Malofiy did pay the sanctions now, he might be put in a very difficult position financially later if the sanctions were reversed.  He may or may not be able to recover those monies under that circumstance.

Mr. Malofiy, therefore, asks this Honorable Court to stay his payment until he can resolve any and all issues by an appeal.

                                      Respectfully submitted,

                                      *s/Samuel C. Stretton*
                                      Samuel C. Stretton, Esquire
                                      Attorney for Francis Malofiy, Esq.
                                      301 S. High Street
                                      P.O. Box 3231
                                      West Chester, PA   19381
                                      (610) 696-4243
                                      Attorney I.D. No. 18491

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL MARINO, | : | CIV. NO. 11-6811 |
| PLAINTIFF | : | |
| | : | |
| V. | : | |
| | : | |
| USHER, ET AL., | : | |
| DEFENDANTS | : | |

## CERTIFICATE OF SERVICE

I hereby certify I am this date serving a copy of the Motion to Stay Payment of Sanctions and Memorandum of Law in support thereof of Francis Malofiy in the captioned matter upon the following persons in the manner indicated below.

Service by First Class Mail addressed as follows:

1. Honorable Paul S. Diamond
   United States District Court for the
     Eastern District of Pennsylvania
   6613 U.S. Courthouse
   601 Market Street
   Philadelphia, PA  19106

2. Jonathan D. Davis, Esquire
   Jonathan D. Davis, P.C.
   99 Park Avenue, Suite 1600
   New York, NY  10016
   (212) 687-5464

3. Michael Eidel, Esquire
   Fox Rothschild, LLP
   2000 Market Street, 20th Floor
   Philadelphia, PA  19103
   (215) 299-2000

Attorneys for Defendants, Usher Raymond, IV a/k/a Usher ("Usher"), Sony Music Entertainment, EMI April Music, Inc., EMI Blackwood Music, Inc., Warner-Tamerlane Publishing Corp., UR-IV Music, Inc., Bystorm Entertainment, Mark Pitts, Issiah Avila, Jr., Bobby Ross Avila, Jr., Sublime Basement Tunez, Defenders of Music, Flyte Tyme Tunes, James Samuel Harris, III, and Terry Steven Lewis.

4. Mark S. Lee, Esquire
   Manatt, Phelps & Phillips, LLP
   11355 W. Olympic Boulevard
   Los Angeles, CA  90064-1614
   (310) 312-2000
   (310) 312-4224 – Fax
   mlee@manatt.com

5. Lance Rogers, Esquire
   Bruce L. Castor, Jr., Esquire
   Rogers & Associates, LLC
   26 East Athens Avenue
   Ardmore, PA  19003
   (610) 649-1880
   (877) 649-1880 – Fax
   lance@rogerscounsel.com
   Attorney for Defendant, IN2N Entertainment Group, LLC ("1N2N")

6. Thomas Van Dell
   10900 Wilshire Blvd., Suite 1400
   Los Angeles, CA  90024
   (310) 443-5332
   vandell@hudcan.com
   Defendant, Pro Se

7.  Dante E. Barton
    1111 Bergan Road
    Oreland, PA  19075
    Defendant, Pro Se

8.  William C. Guice
    16794 East Tufts Avenue
    Aurora, CO  80015
    Defendant, Pro Se

9.  Francis Malofiy, Esquire
    Francis Alexander, LLC
    280 N. Providence Road
    Suite 105
    Media, PA  19063
    (215) 500-1000
    (215) 500-1005 - Fax

                                Respectfully Submitted,


*October 20, 2014*                *s/Samuel C. Stretton*
         Date                     Samuel C. Stretton, Esquire
                                  Attorney for Francis Malofiy, Esq.
                                  301 S. High Street
                                  P.O. Box 3231
                                  West Chester, PA  19381-3231
                                  (610) 696-4243
                                  Attorney I.D. No. 18491