IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DANIEL MARINO, : CIV. NO. 11-CV-6811
          PLAINTIFF :
:
    V. :
:
USHER, ET AL., :
          DEFENDANTS :

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT DOCKET
NO.

## NOTICE OF APPEAL

The Appellant, Francis Malofiy, Esquire, hereby appeals the Order dated October 23, 2014 of the Honorable Paul S. Diamond of the United States District Court for the Eastern District of Pennsylvania to the United States Court of Appeals for the Third Circuit.

Attached and marked as Exhibit "A" is a copy of the Order dated October 23, 2014.

Specifically, Mr. Malofiy is appealing the denial of the stay pending the review of the Order of the sanctions.

                          Respectfully submitted,

                          *s/Samuel C. Stretton*
                          Samuel C. Stretton, Esquire
                          Attorney for Francis Malofiy, Esq.
                          301 S. High Street
                          P.O. Box 3231
                          West Chester, PA  19381
                          (610) 696-4243
                          Attorney I.D. No. 18491

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL MARINO, | : | CIV. NO. 11-6811 |
|       PLAINTIFF | : | |
| | : | |
| V. | : | |
| | : | |
| USHER, ET AL., | : | |
|       DEFENDANTS | : | |

### CERTIFICATE OF SERVICE

I hereby certify I am this date serving a copy of the Notice of Appeal to the United States Court of Appeals for the Third Circuit of Francis Malofiy in the captioned matter upon the following persons in the manner indicated below.

Service by First Class Mail addressed as follows:

1. Honorable Paul S. Diamond
   United States District Court for the
     Eastern District of Pennsylvania
   6613 U.S. Courthouse
   601 Market Street
   Philadelphia, PA  19106

2. Jonathan D. Davis, Esquire
   Jonathan D. Davis, P.C.
   99 Park Avenue, Suite 1600
   New York, NY  10016
   (212) 687-5464

3. Michael Eidel, Esquire
   Fox Rothschild, LLP
   2000 Market Street, 20th Floor
   Philadelphia, PA  19103
   (215) 299-2000

Attorneys for Defendants, Usher Raymond, IV a/k/a Usher ("Usher"), Sony Music Entertainment, EMI April Music, Inc., EMI Blackwood Music, Inc., Warner-Tamerlane Publishing Corp., UR-IV Music, Inc., Bystorm Entertainment, Mark Pitts, Issiah Avila, Jr., Bobby Ross Avila, Jr., Sublime Basement Tunez, Defenders of Music, Flyte Tyme Tunes, James Samuel Harris, III, and Terry Steven Lewis.

4. Mark S. Lee, Esquire
   Manatt, Phelps & Phillips, LLP
   11355 W. Olympic Boulevard
   Los Angeles, CA  90064-1614
   (310) 312-2000
   (310) 312-4224 - Fax
   mlee@manatt.com

5. Lance Rogers, Esquire
   Bruce L. Castor, Jr., Esquire
   Rogers & Associates, LLC
   26 East Athens Avenue
   Ardmore, PA  19003
   (610) 649-1880
   (877) 649-1880 - Fax
   lance@rogerscounsel.com
   Attorney for Defendant, IN2N Entertainment Group, LLC ("1N2N")

6. Thomas Van Dell
   10900 Wilshire Blvd., Suite 1400
   Los Angeles, CA  90024
   (310) 443-5332
   vandell@hudcan.com
   Defendant, Pro Se

7.  Dante E. Barton
    1111 Bergan Road
    Oreland, PA  19075
    Defendant, Pro Se

8.  William C. Guice
    16794 East Tufts Avenue
    Aurora, CO  80015
    Defendant, Pro Se

9.  Francis Malofiy, Esquire
    Francis Alexander, LLC
    280 N. Providence Road
    Suite 105
    Media, PA  19063
    (215) 500-1000
    (215) 500-1005 - Fax

                                                 Respectfully Submitted,

*November 4, 2014*                    *s/Samuel C. Stretton*
        Date                       Samuel C. Stretton, Esquire
                                          Attorney for Francis Malofiy, Esq.
                                          301 S. High Street
                                          P.O. Box 3231
                                          West Chester, PA  19381-3231
                                          (610) 696-4243
                                          Attorney I.D. No. 18491