# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DANIEL MARINO

                                            11-6811
                                         District Court Docket Number

      vs.

USHER, ET AL.

Notice of Appeal Filed 11/4/14
Court Reporter(s)/ESR Operator(s)

Filing Fee:
     Notice of Appeal _____ Paid __X__ Not Paid _____ Seaman
     Docket Fee          _____ Paid __X__ Not Paid _____ USA/VI

CJA Appointment (Attach Copy of Order)

     _____ Private Attorney
     _____ Defender Association or Federal Public Defender
     _____ Motion Pending

Leave to Proceed <u>In Forma Pauperis</u> status, if applicable: (Attach copy of the Order)

     _____ Motion Granted
     _____ Motion Denied
     _____ Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

     _____ Granted
     _____ Denied
     _____ Pending

Defendant's Address (for criminal appeals)

Prepared by: s/Robert D. Fehrle_____
Robert D. Fehrle/11/4/14
Deputy Clerk/Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm