IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL MARINO, | : | CIV. NO. 11-CV-6811 |
| PLAINTIFF | : | |
| | : | |
| V. | : | |
| | : | |
| USHER, ET AL., | : | |
| DEFENDANTS | : | |

### MOTION TO VACATE THIS HONORABLE COURT'S ORDER DATED NOVEMBER 5, 2014 SINCE AN APPEAL HAS BEEN FILED ON THE DENIAL OF THE STAY

Samuel C. Stretton, Esquire, on behalf of the Respondent, Francis Malofiy, respectfully requests this Honorable Court vacate its Order dated November 5, 2014 for the following reasons:

1. The Honorable Paul S. Diamond issued an Order dated November 5, 2014 Ordering Francis Malofiy to pay sanctions. A copy of the November 5, 2014 Order is attached and marked as Exhibit "A".

2. The Honorable Paul S. Diamond issued an Order on October 23, 2014 denying a stay pending appeal and ordered Mr. Malofiy to pay sanctions by November 6, 2014.

3. Judge Diamond's Order suggested Mr. Malofiy take an appeal of his Order dated October 23, 2014.

4. Mr. Stretton, on November 4, 2014, filed an appeal to the United States Court of Appeals for the Third Circuit, a copy of which is attached and marked as Exhibit "B".

5. The appeal specifically is on the failure of the Honorable Paul S. Diamond to issue a stay pending the appeal of the sanctions.

6. Based on this appeal, it would appear that Judge Diamond's Order dated November 5, 2014 about paying sanctions is moot since the stay issue has now been appealed to the United States Court of Appeals for the Third Circuit. The appeal was taken specifically at the direction of Judge Diamond in his October 23, 2014 Order.

7. It would be a great hardship for Mr. Malofiy currently to pay monies without an appellate review of the sanctions findings.

WHEREFORE, Francis Malofiy, by his counsel, Samuel C. Stretton, Esquire, respectfully requests this Honorable Court vacate its Order dated November 5, 2014 because an appeal has been filed as to the failure to stay the sanctions.

Respectfully submitted,

*s/Samuel C. Stretton*
Samuel C. Stretton, Esquire
Attorney for Francis Malofiy, Esq.
301 S. High Street
P.O. Box 3231
West Chester, PA 19381
(610) 696-4243
Attorney I.D. No. 18491

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL MARINO, | : | CIV. NO. 11-CV-6811 |
| PLAINTIFF | : | |
| | : | |
| V. | : | |
| | : | |
| USHER, ET AL., | : | |
| DEFENDANTS | : | |

## MEMORANDUM OF LAW IN SUPPORT OF MOTION TO VACATE THIS HONORABLE COURT'S ORDER DATED NOVEMBER 5, 2014 SINCE AN APPEAL HAS BEEN FILED ON THE DENIAL OF THE STAY

Mr. Stretton, on behalf of Mr. Malofiy, is asking this Honorable Court to vacate its Order dated November 5, 2014. That Order, which is attached and marked as Exhibit "A", orders Mr. Malofiy to pay sanctions by November 6, 2014 and to so notify the Court if he has not complied.

Mr. Malofiy has complied with Judge Diamond's October 23, 2014 Order, which suggested Mr. Malofiy appeal the stay denial. Mr. Malofiy has done that and the Notice of Appeal to the United States Court of Appeals for Third Circuit is attached and marked as Exhibit "B". The matter is presently pending in the United States Court of Appeals for the Third Circuit.

Because there has been an appeal filed on the denial of the stay, it would appear to be premature for Mr. Malofiy to pay or to face sanctions. Mr. Malofiy, therefore, respectfully

1

requests this Honorable Court vacate its Order pending the resolution of the appeal of the denial of the stay.

                                          Respectfully submitted,

                                          *s/Samuel C. Stretton*
                                          Samuel C. Stretton, Esquire
                                          Attorney for Francis Malofiy, Esq.
                                          301 S. High Street
                                          P.O. Box 3231
                                          West Chester, PA  19381
                                          (610) 696-4243
                                          Attorney I.D. No. 18491

```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DANIEL MARINO,                       :    CIV. NO. 11-6811
                    PLAINTIFF        :
                                     :
          V.                         :
                                     :
USHER, ET AL.,                       :
                    DEFENDANTS       :
```

## CERTIFICATE OF SERVICE

I hereby certify I am this date serving a copy of the foregoing Motion to Vacate of the Respondent, Francis Malofiy, in the captioned matter upon the following persons in the manner indicated below.

Service by First Class Mail addressed as follows:

1. Honorable Paul S. Diamond
   United States District Court for the
     Eastern District of Pennsylvania
   6613 U.S. Courthouse
   601 Market Street
   Philadelphia, PA  19106

2. Jonathan D. Davis, Esquire
   Jonathan D. Davis, P.C.
   99 Park Avenue, Suite 1600
   New York, NY  10016
   (212) 687-5464

3. Michael Eidel, Esquire
   Fox Rothschild, LLP
   2000 Market Street, 20th Floor
   Philadelphia, PA  19103
   (215) 299-2000

Attorneys for Defendants, Usher Raymond, IV a/k/a Usher ("Usher"), Sony Music Entertainment, EMI April Music, Inc., EMI Blackwood Music, Inc., Warner-Tamerlane Publishing Corp., UR-IV Music, Inc., Bystorm Entertainment, Mark Pitts, Issiah Avila, Jr., Bobby Ross Avila, Jr., Sublime Basement Tunez, Defenders of Music, Flyte Tyme Tunes, James Samuel Harris, III, and Terry Steven Lewis.

4. Mark S. Lee, Esquire
   Manatt, Phelps & Phillips, LLP
   11355 W. Olympic Boulevard
   Los Angeles, CA  90064-1614
   (310) 312-2000
   (310) 312-4224 – Fax
   mlee@manatt.com

5. Lance Rogers, Esquire
   Bruce L. Castor, Jr., Esquire
   Rogers & Associates, LLC
   26 East Athens Avenue
   Ardmore, PA  19003
   (610) 649-1880
   (877) 649-1880 – Fax
   lance@rogerscounsel.com
   Attorney for Defendant, IN2N Entertainment Group, LLC ("1N2N")

6. Thomas Van Dell
   10900 Wilshire Blvd., Suite 1400
   Los Angeles, CA  90024
   (310) 443-5332
   vandell@hudcan.com
   Defendant, Pro Se

7. Dante E. Barton
   1111 Bergan Road
   Oreland, PA  19075
   Defendant, Pro Se

8. William C. Guice
   16794 East Tufts Avenue
   Aurora, CO  80015
   Defendant, Pro Se

9. Francis Malofiy, Esquire
   Francis Alexander, LLC
   280 N. Providence Road
   Suite 105
   Media, PA  19063
   (215) 500-1000
   (215) 500-1005 – Fax

                                         Respectfully Submitted,

*November 5, 2014*            *s/Samuel C. Stretton*
        Date                   Samuel C. Stretton, Esquire
                                    Attorney for Francis Malofiy, Esq.
                                    301 S. High Street
                                    P.O. Box 3231
                                    West Chester, PA  19381-3231
                                    (610) 696-4243
                                    Attorney I.D. No. 18491