IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DANIEL MARINO,** : | |
|       **Plaintiff,** : | |
| : | |
| v. : | Civ. No. 11-6811 |
| : | |
| **USHER, et al.,** : | |
|       **Defendants.** : | |
| : | |

# O R D E R

**AND NOW**, this 13th day of November, 2014, it is hereby **ORDERED** that Plaintiff is advised, pursuant to Rule 56(f), that I am considering entering summary judgment in favor of Defendant Tommy Van Dell, who is proceeding *pro se*, on Count I (Direct Copyright Infringement) and Count III (Vicarious Copyright Infringement), based on my previous Orders granting summary judgment on these same Counts for other Defendants. (Doc. Nos. 154, 194). Plaintiff shall file a brief in opposition no later than November 26, 2014 if he opposes entry of judgment as to these Counts.

                                              **AND IT IS SO ORDERED.**

                                              */s/ Paul S. Diamond*
                                              _____
                                              Paul S. Diamond, J.