# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF PENNSYLVANIA

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    :
DANIEL V. MARINO,                                   :
                                                    :
                 Plaintiff,                         :   11 Civ. 6811 (PSD)
                                                    :
          v.                                        :   STIPULATION
                                                    :
USHER (a/k/a Usher Terry Raymond IV); SONY          :
MUSIC ENTERTAINMENT; EMI APRIL MUSIC,               :
INC.; EMI BLACKWOOD MUSIC, INC.; JAMES              :
SAMUEL HARRIS III; TERRY STEVEN LEWIS;              :
BOBBY ROSS AVILA, JR.; ISSIAH AVILA, JR.;           :
WILLIAM C. GUICE; DANTE E. BARTON;                  :
DESTRO MUSIC PRODUCTIONS, INC.;                     :
DEFENDERS OF MUSIC; FLYTE TYME                      :
TUNES; SUBLIME BASEMENT TUNEZ; UR-IV                :
MUSIC, INC.; WARNER-TAMERLANE                       :
PUBLISHING CORP.; MARK PITTS; BYSTORM               :
ENTERTAINMENT; TOMMY VAN DELL; and                  :
IN2N ENTERTAINMENT GROUP, LLC,                      :
                                                    :
                 Defendants.                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

IT IS HEREBY STIPULATED AND AGREED**,** by and between the undersigned counsel for Plaintiff and Defendants, as follows:

1. Plaintiff's time to respond to Defendants' Interrogatories to Plaintiff Pursuant to November 3, 2014 Court Order, dated November 5, 2014, is hereby extended from November 19, 2014, to November 21, 2014.

2. Plaintiff's time to produce documents and otherwise respond to Defendants' Requests for Production of Documents to Plaintiff Pursuant to November 3, 2014 Court Order, dated November 5, 2014 is hereby extended from November 19, 2014, to November 21, 2014.

3. Defendants' time to depose Plaintiff Daniel V. Marino, or to pursue any additional discovery pursuant to the November 3, 2014 Court Order, is hereby extended from December 3, 2014, to December 12, 2014.

4. This stipulation may be signed in counterparts, and electronic or facsimile/PDF signatures shall be deemed originals for the purpose of this stipulation.

Dated: November 13, 2014

| FRANCIS ALEXANDER, LLC | JONATHAN D. DAVIS, P.C. |
|---|---|
| /s/ Francis Malofiy<br>Francis Malofiy, Esq.<br>280 N. Providence Road, Suite 105<br>Media, PA 19063<br>215-500-1000 | /s/ Jonathan D. Davis<br>Jonathan D. Davis, Esq.<br>10 Rockefeller Plaza, Suite 1015<br>New York, New York 10020<br>212-687 5464 |
| *Attorney for Plaintiff Daniel V. Marino* | *Attorneys for Defendants Usher Raymond IV, Sony Music Entertainment, EMI April Music Inc., EMI Blackwood Music Inc., UR-IV Music, Inc., Warner-Tamerlane Publishing Corp., Mark Pitts, Bystorm Entertainment, Issiah Avila, Bobby Ross Avila, Defenders of Music, Flyte Tyme Tunes, Sublime Basement Tunez, James Samuel Harris III, and Terry Steven Lewis* |
| MANATT, PHELPS & PHILLIPS, LLP | |
| */s/* Mark S. Lee<br>Mark S. Lee, Esq.<br>11355 West Olympic Boulevard<br>Los Angeles, CA 90064<br>310-312-4000 | |
| ROGERS & ASSOCIATES, LLC | |
| /s/ Lance Rogers<br>Lance Rogers, Esq.<br>26 East Athens Avenue<br>Ardmore, PA 19003<br>610-649-1880 | |
| *Attorneys for Defendant IN2N Entertainment Group, LLC* | |

2

SO ORDERED:

_____
Paul S. Diamond, U.S.D.J.