# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DANIEL MARINO,** : | |
|       **Plaintiff,** : | |
|    v. : | Civ. No. 11-6811 |
| : | |
| **USHER, et al.,** : | |
|       **Defendants.** : | |

## ORDER

**AND NOW**, this 14th day of November, 2014, upon consideration of the Parties' Proposed Stipulation (Doc. No. 204), it is hereby **ORDERED** that:

1. Plaintiff's time to respond to Defendants' Interrogatories is extended to November 21, 2014.

2. Plaintiff's time to produce documents and otherwise respond to Defendants' Requests for Production is extended to November 21, 2014.

3. Defendants' time to depose Plaintiff or to pursue additional discovery pursuant to my November 3, 2014 Order is extended to December 12, 2014.

                                            **AND IT IS SO ORDERED**

                                            */s/ Paul S. Diamond*
                                            _____
                                            **Paul S. Diamond, J.**