UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL V. MARINO,<br>*Plaintiff*<br><br>V.<br><br>USHER, *et al.,*<br>*Defendants* | NO.: 11-cv-06811<br><br>BEFORE THE HONORABLE<br>PAUL S. DIAMOND |

# PRAECIPE TO CORRECT DOCKET TEXT AND ATTACH EXHIBITS TO PLAINTIFF'S BRIEF IN OPPOSITION TO GRANT OF SUMMARY JUDGMENT FOR DEFENDANT THOMAS VAN DELL

**TO THE CLERK OF COURT**:

Pursuant to Judge Diamond's Order of November 11, 2014 (*Doc. No. 203*) stating that he was considering granting summary judgment for defendant Thomas van Dell, Plaintiff filed PLAINTIFF'S BRIEF IN OPPOSITION TO GRANT OF SUMMARY JUDGMENT FOR THOMAS VAN DELL on November 26, 2014 (*Doc. No. 207*). Because it was the Court that ordered Plaintiff to file a brief there was no docket entry on the ECF system to link the filing to. Plaintiff was therefore forced to link the brief to an unrelated docket entry, *Doc. No. 167*. Plaintiff respectfully asks that the Clerk of Court correct the docket and link Plaintiff's Brief to *Doc. No. 203*, not *Doc. No. 167*.

In addition, kindly attach the following exhibits to Plaintiff's Brief (*Doc. No. 207*) which are submitted with this praecipe:

Exhibit 31 – IN2N Discovery Production

Exhibit 32 – Pictures from Nashville Songwriting Trip

*****

*Respectfully submitted,*

FRANCIS ALEXANDER, LLC

/s/ *Francis Malofiy*

Francis Malofiy, Esquire
Attorney ID No.: 208494
280 N. Providence Road | Suite 105
Media, PA 19063
T: (215) 500-1000
F: (215) 500-1005
*Law Firm / Lawyer for Plaintiff*

/d/ *November 28, 2014*

# Certificate of Service

I hereby certify that a true and correct copy of the foregoing Praecipe to Correct Docket Text and Attach Exhibits to Plaintiff's Brief in Opposition to Grant of Summary Judgment for Defendant Thomas Van Dell has been electronically filed with the Court via the ECF Filing System, served upon all counsel of record via electronic mail, and e-mailed to William Guice and Thomas van Dell.

Jonathan D. Davis, P.C.
Jonathan D. Davis, Esquire
Derek A. Williams
99 Park Avenue | Suite 1600
New York, NY 10016
T: (212) 687-5464
E: jdd@jddavispc.com
E: DAW@jddavispc.com

Fox Rothschild, LLP
Michael Eidel, Esquire
Matthew Olesh, Esquire
2000 Market Street, 20th Floor
Philadelphia, PA 19103
T: (215) 299-2000
E: MEidel@foxrothschild.com

*Attorneys for Defendants*
*Usher Raymond IV a/k/a Usher ("Usher"), Sony Music Entertainment, EMI April Music, Inc.,*
*EMI Blackwood Music, Inc., Warner-Tamerlane Publishing Corp., UR-IV Music, Inc., Bystorm*
*Entertainment, Mark Pitts, Issiah Avila, Jr., Bobby Ross Avila, Jr., Sublime Basement Tunez,*
*Defenders of Music, Flyte Tyme Tunes, James Samuel Harris III, and Terry Steven Lewis*

Manatt, Phelps & Phillips, LLP
Mark S. Lee, Esquire
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
T: (310) 312-4000
F: (310) 312-4224
E: mlee@manatt.com

ROGERS & ASSOCIATES, LLC
Lance Rogers, Esquire
25 Elliot Avenue
Bryn Mawr, PA 19010
T: (610) 649-1880
F: (877) 649-1800
E: lance@rogerscounsel.com
*Attorney for Defendant*
*IN2N Entertainment Group, LLC ("IN2N")*

THOMAS VAN DELL
10900 Wilshire Blvd., Suite 1400
Los Angeles, CA 90024
T: (310) 443-5332
E: vandell@hudcan.com
*Defendant, Pro Se*

WILLIAM C. GUICE
16794 East Tufts Avenue
Aurora, CO 80015
*Defendant, Pro Se*
E: guicemanmusic@gmail.com

SAMUEL C. STRETTON, ESQUIRE
301 South High Street
West Chester, PA 19381-3231
E: s.stretton@verizon.net

*****

*Respectfully submitted,*
FRANCIS ALEXANDER, LLC

*/s/ Francis Malofiy*
Francis Malofiy, Esquire
Attorney ID No.: 208494
280 N. Providence Road | Suite 105
Media, PA 19063
T: (215) 500-1000
F: (215) 500-1005
*Law Firm / Lawyer for Plaintiff*

*/d/ November 28, 2014*