# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANIEL MARINO,** | : | |
|       **Plaintiff,** | : | |
| v. | : | Civ. No. 11-6811 |
| | : | |
| **USHER, et al.,** | : | |
|       **Defendants.** | : | |

## ORDER

**AND NOW**, this 10th day of December, 2014, upon consideration of the Defendants' request for an extension of time, it is hereby **ORDERED** that:

1. Defendants' time to depose Plaintiff is extended to December 20, 2014.

2. The deadline for the Parties to submit any additional briefing on the subject of Plaintiff's ability to pay fees and costs is extended to January 16, 2015.

                                        **AND IT IS SO ORDERED.**

                                        */s/ Paul S. Diamond*
                                        _____
                                        Paul S. Diamond, J.