# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL MARINO,<br>　　　　　Plaintiff,<br>v.<br>USHER, et al.,<br>　　　　　Defendants. | :<br>:<br>:　Civ. No. 11-6811<br>:<br>:<br>: |

## ORDER

**AND NOW**, this 14th day of January, 2015, upon consideration of the Defendants' request for an extension of time, it is hereby **ORDERED** that the deadline for the Defendants to submit their joint brief addressing Plaintiff's ability to pay fees and costs is extended to January 23, 2015. Plaintiff may file his Response by January 30, 2015.

**AND IT IS SO ORDERED.**

_/s/ Paul S. Diamond_
Paul S. Diamond, J.