UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL V. MARINO,<br>*Plaintiff*<br><br>V.<br><br>USHER, *et al.*,<br>*Defendants* | NO.: 11-CV-06811<br><br>BEFORE THE HONORABLE<br>PAUL S. DIAMOND |

# ORDER

AND NOW, on _____ day of _____, 2015, upon consideration of PLAINTIFF'S MOTION FOR PROTECTIVE ORDER, any response thereto, and the record as a whole, Plaintiff's motion is GRANTED. It is further ORDERED that:

(1) Plaintiff's wife's financial information is sealed.

(2) Plaintiff's Answers to Document Requests and Interrogatories be redacted as indicated.

(3) The following pages from Plaintiff's discovery are sealed:

- 2013 Joint Tax Return Filed (Daniel & Tiffany Marino)     Disco. pp.26–41
- Joint Bank Account x6410 (Daniel Marino & Tiffany Brower)     Disco. pp.245-315
- Auto Insurance (Daniel & Tiffany Marino)     Disco. pp.540–53
- Insurance Claim by Daniel Marino     Disco. pp.554–62
- Personal Injury Claim of Daniel Marino and Photos     Disco. pp.620-31

(4) Plaintiff's deposition is sealed, to be filed under seal, and only to be used as authorized by this Court.

_____
THE HONORABLE PAUL S. DIAMOND

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL V. MARINO,<br>*Plaintiff*<br><br>V.<br><br>USHER, *et al.*,<br>*Defendants* | NO.: 11-cv-06811<br><br>BEFORE THE HONORABLE<br>PAUL S. DIAMOND |

PLAINTIFF'S REVISED MOTION FOR PROTECTIVE ORDER

# FILED UNDER SEAL

*****

*Respectfully submitted,*
FRANCIS ALEXANDER, LLC

*/s/ Francis Malofiy*
Francis Malofiy, Esquire
Attorney ID No.:  208494
280 N. Providence Road | Suite 105
Media, PA 19063
T:  (215) 500-1000
F:  (215) 500-1005
*Law Firm / Lawyer for Plaintiff*

*/d/ February 20, 2015*

**Original filed on February 12, 2015. Refiled, pursuant to the Court's instructions, on February 20, 2015.**

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing Plaintiff's Revised Motion for Protective Order and Supplemental Brief has been *<u>Filed Under Seal</u>*, to be served upon all appropriate counsel of record via electronic mail:

Jonathan D. Davis, P.C.
Jonathan D. Davis, Esquire
Derek A. Williams
99 Park Avenue | Suite 1600
New York, NY 10016
T:  (212) 687-5464
E: jdd@jddavispc.com
E: DAW@jddavispc.com

Fox Rothschild, LLP
Michael Eidel, Esquire
Matthew Olesh, Esquire
2000 Market Street, 20th Floor
Philadelphia, PA 19103
T:  (215) 299-2000
E: MEidel@foxrothschild.com

*Attorneys for Defendants*
*Usher Raymond IV a/k/a Usher ("Usher"), Sony Music Entertainment, EMI April Music, Inc., EMI Blackwood Music, Inc., Warner-Tamerlane Publishing Corp., UR-IV Music, Inc., Bystorm Entertainment, Mark Pitts, Issiah Avila, Jr., Bobby Ross Avila, Jr., Sublime Basement Tunez, Defenders of Music, Flyte Tyme Tunes, James Samuel Harris III, and Terry Steven Lewis*

Manatt, Phelps & Phillips, LLP
Mark S. Lee, Esquire
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
T:  (310) 312-4000
F:  (310) 312-4224
E: mlee@manatt.com

Rogers & Associates, LLC
Lance Rogers, Esquire
25 Elliot Avenue
Bryn Mawr, PA 19010
T:  (610) 649-1880
F:  (877) 649-1800
E: lance@rogerscounsel.com

*Attorney for Defendant*
*IN2N Entertainment Group, LLC ("IN2N")*

*****

*Respectfully submitted,*
Francis Alexander, LLC

*/s/ Francis Malofiy*
Francis Malofiy, Esquire
Attorney ID No.:  208494
280 N. Providence Road | Suite 105
Media, PA 19063
T:  (215) 500-1000
F:  (215) 500-1005
*Law Firm / Lawyer for Plaintiff*

*/d/ February 20, 2015*

*Original filed on February 12, 2015. Refiled, pursuant to the Court's instructions, on February 20, 2015.*