UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL V. MARINO,<br><br>                   Plaintiff,<br><br>              v.<br><br>USHER (a/k/a Usher Terry Raymond IV); SONY MUSIC ENTERTAINMENT; EMI APRIL MUSIC, INC.; EMI BLACKWOOD MUSIC, INC.; JAMES SAMUEL HARRIS III; TERRY STEVEN LEWIS; BOBBY ROSS AVILA, JR.; ISSIAH AVILA, JR.; WILLIAM C. GUICE; DANTE E. BARTON; DESTRO MUSIC PRODUCTIONS, INC.; DEFENDERS OF MUSIC; FLYTE TYME TUNES; SUBLIME BASEMENT TUNEZ; UR-IV MUSIC, INC.; WARNER-TAMERLANE PUBLISHING CORP.; MARK PITTS; BYSTORM ENTERTAINMENT; TOMMY VAN DELL; and IN2N ENTERTAINMENT GROUP, LLC,<br><br>                   Defendants. | 11 Civ. 6811 (PSD)<br><br><br><br>BEFORE THE HONORABLE<br>PAUL S. DIAMOND |

## SUPPLEMENTAL DECLARATIONS OF MARK S. LEE AND LANCE S. ROGERS IN SUPPORT OF MOTION FOR COSTS

## DECLARATION OF MARK S. LEE

I, Mark S. Lee, declare:

1.     I am an attorney admitted to practice before all of the courts of the State of California, before a number of federal courts, and *pro hac vice* before this Court. I am a member of the firm of Manatt, Phelps & Phillips, LLP ("Manatt"), one of the counsel of record for defendant IN2N Entertainment Group, LLC ("IN2N"), in this action. If called upon to testify to the matters stated herein, I would and could do so based upon my personal knowledge, except where otherwise indicated.

2.     I submit this declaration in further support of the Defendants' Motion for Costs Under Fed. R. Civ. P. 54 and 17 U.S.C. 505 ("Motion for Costs").

3.     On November 3, 2014, this Court granted IN2N's Motion for Attorney's Fees and Costs. (Doc. No. 195). The Court awarded IN2N $366,800.00 in legal fees, but denied our request for costs without prejudice. (*Id.* at 8-9). The Court instructed that we improperly included certain costs, but permitted us to submit a supplemental request for costs allowed under 28 U.S.C. 1920. (*Id.* at 9).

4.     As stated in the statute, recoverable costs under § 1920 are "(1) [f]ees of the clerk and marshal; (2) [f]ees for printed or electronically recorded transcripts necessarily obtained for use in the case; (3) [f]ees and disbursements for printing and witnesses; (4) [f]ees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case; (5) [d]ocket fees…; [and] (6) [c]ompensation of court appointed experts, compensation of interpreters, and salaries, fees, expenses, and costs of special interpretation services[.]" 28 U.S.C. § 1920; *see also* Doc. 195 at 8.

5.     IN2N originally sought $14,875.00 in costs as detailed in the invoices submitted with its original Motion for Attorney's Fees and Costs. (*See* Doc. No. 176 at Exs. A and B). IN2N has reviewed those invoices, in addition to one additional invoice regarding deposition transcript costs, and has determined the appropriate amount of costs for which it believes it may

seek recovery under § 1920. (*See* "IN2N'S 28 USC § 1920 Costs," attached as Ex. A; *see also* invoice for deposition transcript costs attached as Ex. B).

6. The costs requested consist of deposition transcript fees and copying expenses.

7. As the "prevailing parties" in this copyright action, IN2N requests, pursuant to Fed. R. Civ. P. 54, 17 U.S.C. § 505, and 28 U.S.C. § 1920, their costs in the aggregate amount of $8,699.90.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of January 2015, at Los Angeles, California.

/s/ Mark S. Lee
Mark S. Lee

# EXHIBIT A

# IN2N'S 28 USC § 1920 COSTS

Manatt and Rogers, IN2N's defense counsel, request taxable costs, pursuant to 28 USC § 1920, in the amount of $ 8,699.90, as documented by invoices attached as Ex. A and B, respectively, to their original Motion For Attorney's Fees (Doc. No. 176) and Second Supp. Lee and Rogers' Decl. Ex. B. Taxable costs are documented in those exhibits as follows:

**Manatt's 28 USC § 1920 Costs**

| Date (Invoice #) | Amount | Description of Cost |
|---|---|---|
| 2/28/12 (196481) | $ 36.20 | Copying |
| 4/12/12 (202776) | 1.60 | Copying |
| 11/08/12 (225101) | 1.00 | Copying |
| 2/14/13 (233624) | 11.40 | Copying |
| 5/10/13 (243203) | 73.70 | Copying |
| 5/10/13 (243203) | 165.50 | Copying |
| 6/17/13 (246735) | 3747.60 | Transcript |
| 7/19/13 (250245) | 650.70 | Transcript |
| 11/08/13 (260921) | 1638.50 | Transcript |
| TOTAL | 6326.20 | |

**Rogers' 28 USC § 1920 Costs**

| Date (Invoice #) | Amount | Description of Cost |
|---|---|---|
| 4/04/12 (350) | $ 40.00 | Filing Fee |
| 8/05/13 (752) | 1344.60 | Transcript |
| 1/08/15 (72977) | 989.10 | Transcript |
| TOTAL | 2373.70 | |

**GRAND TOTAL of Both Manatt and Rogers = $ 8,699.90**

# EXHIBIT B

**Love Court Reporting, Inc.**
**2002 Sproul Road, Suite 100**
**Broomall, PA  19008**
**(610) 355-1948          (215) 568-5599**

# Invoice

| DATE | INVOICE # | DUE DATE |
|---|---|---|
| 1/8/2015 | 72977 | 2/7/2015 |

**BILL TO**

Lance Rogers, Esquire
Rogers Castor, LLC
26 East Athens Avenue
Ardmore, PA   19003

**SHIP TO**

| P.O. NUMBER | TERMS | SHIP | VIA | REP | Sales Rep |
|---|---|---|---|---|---|
| Melissa | Net 30 | 1/8/2015 | UPS | SE | H |

| JOB DATE | QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 12/19/2014 | | Re: Daniel Marino vs. Usher, et al | |
| | | Witness: Daniel Marino | |
| | 259 | Pages: Original and Copy certified transcript | 945.35 |
| | 1 | Condensed transcript | 0.00 |
| | 119 | Page(s) of Exhibit(s) | 29.75 |
| | | Shipping and handling | 14.00 |
| | | **Transcript was e-mailed 1/8/15. | |

Payment is NOT contingent upon client reimbursement.

Please remit to above address.

**Total**   $989.10

FED TAX ID: 23-2999442    To Pay by Credit Card, please call our office or visit www.lovecourtreporting.com.

If placed for collection, collection/attorney fees, court costs, plus 18% interest per year will be charged.

   

## DECLARATION OF LANCE S. ROGERS

I, Lance S. Rogers, declare:

1. I am an attorney admitted to practice before this Court. I am the founder and a member of the firm Rogers & Associates, LLC ("Rogers"), one of the counsel of record for defendant IN2N Entertainment Group, LLC ("IN2N"), in this action. If called upon to testify to the matters stated herein, I would and could do so based upon my personal knowledge, except where otherwise indicated.

2. Rogers is local counsel for Defendant IN2N in the above-captioned lawsuit. Defendant IN2N is also represented by Manatt, Phelps & Phillips, LLP of Los Angeles, California (the "Manatt Firm"). The Rogers Firm is a full-service law firm, handling legal matters of various type and size from its Ardmore, Pennsylvania, offices. The firm's attorneys all have vast experience in litigation.

3. On November 3, 2014, this Court granted IN2N's Motion for Attorney's Fees and Costs. (Doc. No. 195). The Court awarded IN2N $366,800.00 in legal fees, but denied our request for costs without prejudice. (*Id.* at 8-9). The Court instructed that we improperly included certain costs, but permitted us to submit a supplemental request for costs allowed under 28 U.S.C. 1920. (*Id.* at 9).

4. As stated in the statute, recoverable costs under § 1920 are "(1) [f]ees of the clerk and marshal; (2) [f]ees for printed or electronically recorded transcripts necessarily obtained for use in the case; (3) [f]ees and disbursements for printing and witnesses; (4) [f]ees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case; (5) [d]ocket fees…; [and] (6) [c]ompensation of court appointed experts, compensation of interpreters, and salaries, fees, expenses, and costs of special interpretation services[.]" 28 U.S.C. § 1920; *see also* Doc. 195 at 8.

5. IN2N originally sought $14,875.00 in costs as detailed in the invoices submitted with its original Motion for Attorney's Fees and Costs. (*See* Doc. No. 176 at Exs. A and B).

IN2N has reviewed those invoices, in addition to one additional invoice regarding deposition transcript costs, and has determined the appropriate amount of costs for which it believes it may seek recovery under § 1920. (*See* "IN2N'S 28 USC § 1920 Costs," attached as Ex. A; *see also* invoice for deposition transcript costs attached as Ex. B).

      6.      The costs requested consist of deposition transcript fees, copying costs and filing fees.

      7.      As the "prevailing parties" in this copyright action, IN2N requests, pursuant to Fed. R. Civ. P. 54, 17 U.S.C. § 505, and 28 U.S.C. § 1920, their costs in the aggregate amount of $8,699.90.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 23rd day of January 2015, at Ardmore, Pennsylvania.

                                                    /s/ Lance Rogers
                                                    Lance Rogers

# EXHIBIT A

# IN2N'S 28 USC § 1920 COSTS

Manatt and Rogers, IN2N's defense counsel, request taxable costs, pursuant to 28 USC § 1920, in the amount of $ 8,699.90, as documented by invoices attached as Ex. A and B, respectively, to their original Motion For Attorney's Fees (Doc. No. 176) and Second Supp. Lee and Rogers' Decl. Ex. B.  Taxable costs are documented in those exhibits as follows:

### Manatt's 28 USC § 1920 Costs

| Date (Invoice #) | Amount | Description of Cost |
|---|---|---|
| 2/28/12 (196481) | $ 36.20 | Copying |
| 4/12/12 (202776) | 1.60 | Copying |
| 11/08/12 (225101) | 1.00 | Copying |
| 2/14/13 (233624) | 11.40 | Copying |
| 5/10/13 (243203) | 73.70 | Copying |
| 5/10/13 (243203) | 165.50 | Copying |
| 6/17/13 (246735) | 3747.60 | Transcript |
| 7/19/13 (250245) | 650.70 | Transcript |
| 11/08/13 (260921) | 1638.50 | Transcript |
| TOTAL | 6326.20 | |

### Rogers' 28 USC § 1920 Costs

| Date (Invoice #) | Amount | Description of Cost |
|---|---|---|
| 4/04/12 (350) | $ 40.00 | Filing Fee |
| 8/05/13 (752) | 1344.60 | Transcript |
| 1/08/15 (72977) | 989.10 | Transcript |
| TOTAL | 2373.70 | |

**GRAND TOTAL of Both Manatt and Rogers = $ 8,699.90**

# EXHIBIT B

**Love Court Reporting, Inc.**
2002 Sproul Road, Suite 100
Broomall, PA  19008
(610) 355-1948        (215) 568-5599

# Invoice

| DATE | INVOICE # | DUE DATE |
|---|---|---|
| 1/8/2015 | 72977 | 2/7/2015 |

**BILL TO**

Lance Rogers, Esquire
Rogers Castor, LLC
26 East Athens Avenue
Ardmore, PA   19003

**SHIP TO**

| P.O. NUMBER | TERMS | SHIP | VIA | REP | Sales Rep |
|---|---|---|---|---|---|
| Melissa | Net 30 | 1/8/2015 | UPS | SE | H |

| JOB DATE | QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 12/19/2014 | 259<br>1<br>119 | Re: Daniel Marino vs. Usher, et al<br><br>Witness: Daniel Marino<br>Pages: Original and Copy certified transcript<br>Condensed transcript<br>Page(s) of Exhibit(s)<br>Shipping and handling<br><br><br>**Transcript was e-mailed 1/8/15. | 945.35<br>0.00<br>29.75<br>14.00 |

Payment is NOT contingent upon client reimbursement.

Please remit to above address.

**Total**    $989.10

FED TAX ID: 23-2999442    To Pay by Credit Card, please call our office or visit
www.lovecourtreporting.com.
If placed for collection, collection/attorney fees, court costs, plus 18% interest per year will be charged.

