IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DANIEL MARINO,** : | |
|       **Plaintiff,** : | |
| : | |
| v. : | Civ. No. 11-6811 |
| : | |
| **USHER, et al.,** : | |
|       **Defendants.** : | |

## O R D E R

**AND NOW**, this 25th day of March, 2015, it is hereby **ORDERED** that Plaintiff is advised, pursuant to Rule 56(f), that I am considering opening the default judgment against Defendants Dante Barton and Destro Music Productions on Count I (Direct Copyright Infringement), Count II (Contributory Copyright Infringement), and Count III (Vicarious Copyright Infringement), and entering summary judgment in favor of Defendants based on my previous Orders granting summary judgment on these same Counts for other Defendants. (Doc. Nos. 154, 194, 221). If Plaintiff opposes entry of judgment as to these Counts, he shall file any brief in opposition no later than **April 3, 2015**.

                                                                                                               **AND IT IS SO ORDERED.**

                                                                                                               */s/ Paul S. Diamond*
                                                                                                               _____
                                                                                                               Paul S. Diamond, J.