

**FRANCIS ALEXANDER LLC**

DOCKET

MARCH 30, 2015

THE HONORABLE PAUL S. DIAMOND
United States District Judge
United States District Courthouse
601 Market Street
Philadelphia, PA 19106
T: (267) 299-7730
F: (267) 299-5069

    Re:   MARINO V. USHER ET AL. | 11-CV-6811
           Request for An Extension of Time to File Brief Re: Defendant Dante Barton

Dear Judge Diamond:

    Plaintiff's counsel has several important filing due this week, including on Friday, April 3, 2015, the deadline you set for Plaintiff's response opposing a grant of summary judgment for Dante Barton.

    As a result, Plaintiff is requesting a one-week extension, until April 10, 2015, to file the brief regarding defendant Barton.

Respectfully, I am,

Francis Malofiy, Esquire

cc: *To all Counsel and Parties*

280 N. PROVIDENCE ROAD · SUITE 105 · MEDIA, PA 19063 · T: 215.500.1000 · F: 215.500.1005
LAW@FRANCISALEXANDER.COM · WWW.FRANCISALEXANDER.COM