# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DANIEL MARINO,** : | |
|         **Plaintiff,** : | |
| : | |
| **v.** : | Civ. No. 11-6811 |
| : | |
| **USHER, et al.,** : | |
|         **Defendants.** : | |

## F I N A L   J U D G M E N T

**AND NOW**, this 30th day of April, 2015, it is hereby **ORDERED** that:

1. **JUDGMENT** is entered in favor of Dante Barton and Destro Music Productions, Inc., and against Plaintiff as to Counts I, II, and III of the Amended Complaint.

2. Counts VI, VIII, IX, X, XI, XII, XIII, and XIV of the Amended Complaint are **DISMISSED without prejudice**.

3. The Clerk shall mark this case as **CLOSED**.

                                                                            **AND IT IS SO ORDERED.**

                                                                            */s/ Paul S. Diamond*
                                                                            _____
                                                                            Paul S. Diamond, J.