# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DANIEL MARINO

                                  11-6811
                                District Court Docket Number

      vs.

USHER, ET AL.

Notice of Appeal Filed 5/19/15
Court Reporter(s)/ESR Operator(s)

Filing Fee:
      Notice of Appeal _____Paid  _X_ Not Paid  _____Seaman
      Docket Fee   _____Paid  _X_ Not Paid  _____USA/VI

CJA Appointment (Attach Copy of Order)

_____Private Attorney
_____Defender Association or Federal Public Defender
_____Motion Pending

Leave to Proceed <u>In Forma Pauperis</u> status, if applicable: (Attach copy of the Order)

_____Motion Granted
_____Motion Denied
_____Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

_____Granted
_____Denied
_____Pending

Defendant's Address (for criminal appeals)

Prepared by: <u>s/Robert D. Fehrle</u>
ROBERT D. FEHRLE/5/19/15
Deputy Clerk/Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm